## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**CHICO'S FAS, INC.,**
A Florida corporation,

        Plaintiff,

    vs.

**WINK INTIMATES,** a
Canadian corporation, **ANDREA
CLAIR,** a Canadian individual, and
**ANASTASIOS KOSKINAS,** a
Canadian individual,

        Defendants.

_____/

**Case No.:** _____

**JURY TRIAL REQUESTED**

**INJUNCTIVE RELIEF REQUESTED**

## COMPLAINT

Plaintiff Chico's FAS, Inc., through its undersigned counsel, for its Complaint against Defendants Wink Intimates, Andrea Clair and Anastasios Koskinas, states:

### THE PARTIES

1.    Plaintiff Chico's FAS, Inc. ("Chico's") is a Florida corporation with a principal place of business at 11215 Metro Parkway, Ft. Myers, Florida 33966.

2.    Upon information and belief, Defendant Wink Intimates ("Wink") is a Canadian corporation having its principal place of business at 518 Victoria Park Ave., Toronto, Ontario M4E 3T4, Canada.

3.    Upon information and belief, Defendant Andrea Clair is a Canadian individual having a residence at 518 Victoria Park Ave., Toronto, Ontario M4E 3T4, Canada.

4.      Upon information and belief, Defendant Anastasios Koskinas is a Canadian individual having a residence at 518 Victoria Park Ave., Toronto, Ontario M4E 3T4, Canada.

### JURISDICTION AND VENUE

5.      This is a claim for declaratory judgment under 28 U.S.C. §§ 2201 and 2202 seeking a final judgment that Plaintiff has not infringed Defendants' United States patents, and that Defendants' United States patents are invalid pursuant to the patent laws of the United States, Title 35 of the United States Code (35 U.S.C. §§ 101 *et seq*.). The Court likewise has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as it involves substantial claims arising under the patent laws of the United States together with related claims for patent infringement.

6.      On September 4, 2013, counsel for Defendant Wink wrote a letter to Chico's alleging that Wink is the owner of U.S. Patent Nos. 8,506,347, 8,182,310 and D622,478 (collectively referred to herein as the "Patents-in-Suit"), and charging Chico's with infringement thereof. A copy of this cease and desist letter is attached hereto as Exhibit A.

7.      As set forth in greater detail below, Defendants have asserted that certain products of Chico's, namely its line of OH MY GORGEOUS cami bras, sold under the SOMA INTIMATES brand, infringe the Patents-in-Suit in the United States, including sales of such products within this Division of the Middle District of Florida.

8.      The official assignments database maintained at the United States Patent and Trademark Office does not reflect that U.S. Patent No. 8,506,347 has been assigned, and therefore it is owned by Defendants Clair and Koskinas. Upon information and

2

belief, Defendants Clair and Koskinas have licensed U.S. Patent No. 8,506,347 exclusively to Defendant Wink.

9.     Defendants have subjected themselves to *in personam* jurisdiction, since they have sent letters threatening legal action for patent infringement to Chico's in this judicial district. Similarly, upon information and belief, Defendants Clair and Koskinas have exclusively licensed rights in their intellectual property to Wink for exploitation in Florida and in this judicial district.

10.     Upon information and belief, Defendant Wink operates the website located at domain name http://winkintimates.com, a fully-interactive website where consumers in the United States, including in Florida and in this judicial district, can purchase the "9to5 Bra," which Defendants' website claims is sold under the Patents-in-Suit. Additionally, to the extent Wink has sold its "9to5 Bra" under the Patents-in-Suit in Florida and in this judicial district (whether through assignment or under license from Defendants Clair and Koskinas), each Defendant has knowingly and intentionally exploited the Florida market under the Patents-in-Suit.

11.     Additionally, Defendants have sufficient minimum contacts with the United States to each subject themselves to jurisdiction in the United States. As set forth in 35 U.S.C. §293, foreign patent owners subject themselves to the jurisdiction of the United States for purposes of any action respecting a U.S. patent or the rights thereunder.

12.     Upon information and belief, Defendant Wink heavily promotes the "9to5 Bra," sold under the Patents-in-Suit, that have been assigned and/or licensed by Defendants Clair and Koskinas, throughout the United States. For example, as described at http://winkintimates.com/media-releases, the "9to5 Bra" has been "featured in" various

3

U.S. publications and news outlets, such as MSNBC®, THE WALL STREET JOURNAL®, YAHOO!®, the HOUSTON CHRONICLE® and others. Similarly, Defendant Wink's website includes a scanned article from O THE OPRAH MAGAZINE (a publication based in Chicago Illinois) that reviews and promotes the "9to5 Bra."

13. By virtue of ownership of U.S. patents, as well as the significant promotion of the "9to5 Bra," which is allegedly sold under the Patents-in-Suit, each Defendant has knowingly and intentionally exploited the United States market under the Patents-in-Suit, and has threatened legal action against Chico's in Florida and in this judicial district.

14. Venue properly lies within this judicial district and division, pursuant to 28 U.S.C. §§1391(b) and (c).

## FACTUAL BACKGROUND

15. Chico's is a specialty retailer of women's apparel, accessories and related products, including but not limited to women's intimate apparel sold under the brand SOMA INTIMATES.

16. Among the products sold under the SOMA INTIMATES brand is the OH MY GORGEOUS collection of camisole bras (hereinafter the "Accused Products").

17. Upon information and belief, Wink is the owner of U.S. Design Patent No. D622,478, which issued on April 31, 2010 and is entitled "Combination Brassiere and Tank Top" (hereinafter the "'478 Design Patent"), a true and correct copy of which is attached hereto as Exhibit B.

18. Upon information and belief, Wink is the owner of U.S. Patent No. 8,182,310, which was issued on May 22, 2012 and is entitled "Combination Brassiere

4

and Tank Top" (hereinafter the "'310 Patent"), a true and correct copy of which is attached hereto as Exhibit C.

19.     Upon information and belief, Andrea Clair and Anastasios Koskinas are the owners of U.S. Patent No. 8,506,347, which was issued on August 13, 2013 and is entitled "Combination Brassiere and Tank Top" (hereinafter the "'347 Patent"), a true and correct copy of which is attached hereto as Exhibit D.

20.     Upon information and belief, Defendants are the owners and/or exclusive licensees of, with the ability to enforce, the '478 Design Patent, the '310 Patent, and the '347 Patent.

21.     In a letter sent to Chico's in this judicial district, Defendants accused Chico's of infringing the Patents-in-Suit. Defendants' letter further asserted that Defendants were "prepared to protect [their] intellectual property through all means necessary." Finally, Defendants' letter stated that "no further notice will be delivered prior to filing suit." (See Exhibit A.)

22.     Defendants' letter alleging infringement presents a substantial controversy between the parties, who have adverse legal interests, of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to Chico's non-infringement and the invalidity of the Patents-in-Suit.

23.     Chico's has not infringed, directly or indirectly, any valid claim of the Patents-in-Suit, and cannot therefore be liable for infringement.

## COUNT ONE

### Declaratory Judgment of Non-Infringement of the Patents-in-Suit

24.     Count One is an action under 28 U.S.C. § 2201 seeking a Declaratory Judgment that Chico's does not infringe the Patents-in-Suit.

25.     Chico's herein restates and incorporates by reference into this Count the allegations of ¶¶ 1-23, above, inclusive.

26.     No product made, used, sold or offered for sale by Chico's infringes any valid claim of the Patents-in-Suit.

27.     The conduct of Defendants has presented a substantial controversy between the parties, who have adverse legal interests, of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to Chico's non-infringement of the Patents-in-Suit.

28.     Wherefore, Chico's is entitled to a Declaratory Judgment that it does not directly or indirectly infringe any valid claim of the Patents-in-Suit, whether under a theory of literal infringement or infringement under the doctrine of equivalents.

29.     This case is exceptional under 35 U.S.C. § 285.

WHEREFORE, Chico's asks this Court to enter judgment against Defendants:

        a)     Finding the Patents-in-Suit not infringed by any products of Chico's;

        b)     Prohibiting Defendants from making further claims of litigation against Chico's for patent infringement;

        c)     Finding this case is exceptional under 35 U.S.C. §285, awarding Chico's its attorneys' fees and costs; and

d)      Such and other relief as the Court deems appropriate.

## COUNT TWO

### Declaratory Judgment of Invalidity of the Patents-in-Suit

30.     Count Two is an action under 28 U.S.C. § 2201 seeking a Declaratory Judgment that the Patents-in-Suit are invalid.

31.     Chico's herein restates and incorporates by reference into this Count the allegations of ¶¶ 1-23, above, inclusive.

32.     Upon information and belief, one or more claims of the Patents-in-Suit is invalid for violation of one or more provisions of 35 U.S.C. §§ 102, 103, and/or 112.

33.     The conduct of Defendants presents a substantial controversy between the parties, who have adverse legal interests, of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to the invalidity of the Patents-in-Suit.

34.     Wherefore, Chico's is entitled to a Declaratory Judgment that the Patents-in-Suit are invalid under 35 U.S.C. §§102, 103 and/or 112.

35.     This case is exceptional under 35 U.S.C. § 285.

WHEREFORE, Chico's asks this Court to enter judgment against Defendants:

e)      Finding the Patents-in-Suit invalid;

f)      Prohibiting Defendants from making further claims of litigation against Chico's for patent infringement;

g)      Finding this case is exceptional under 35 U.S.C. §285, awarding Chico's its attorneys' fees and costs; and

h)      Such and other relief as the Court deems appropriate.

7

## JURY DEMAND

Chico's demands a jury trial on all issues so triable.

Respectfully submitted November 7, 2013.

Ava K. Doppelt, Florida Bar No. 393738
adoppelt@addmg.com
Ryan T. Santurri, FL Bar No. 015698
rsanturri@addmg.com
ALLEN, DYER, DOPPELT,
MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, #1401
Orlando, FL  32801
Telephone:    (407) 841-2330
Facsimile:    (407) 841-2343

Attorneys for Plaintiff,
CHICO'S FAS, INC.

# EXHIBIT  A



FOREMAN **/▲**
ATTORNEYS
AT LAW **GRAY /▲**

**foremangray.com**
P 973-240-7313
F 973-240-7316

760 Route 10 West
Suite 204
Whippany, NJ 07981

David E. Gray, Esq.
dgray@foremangray.com

September 4, 2013

**_VIA FIRST CLASS MAIL & CERTIFIED MAIL R/R/R_**
William H. Oldach, Esq.
Vorys, Sater, Seymour and Pease, LLP
1900 K Street NW, Suite 900
Washington DC 20006-1152

> **Re:** **_Wink Intimates vs. Chico's FAS, Inc./Soma_**
> **U.S. Patent No. 8,506,347**
> **U.S. Patent No. 8,182,310**
> **U.S. Patent No. D622,478**

Dear Mr. Oldach:

This firm represents Wink Intimates in connection with its intellectual property rights. My understanding is that you represent Chico's FAS, Inc./Soma in regard to patent matters. If this is not correct, please let me know as soon as possible.

As you know, to protect the interest of both itself and its customers, Wink Intimates secures patent protection for its inventive products.

To that end, I write to inform you that Wink Intimates has obtained two utility patents and a design patent that are relevant to some of your products. In particular, Wink Intimates is the owner of U.S. Patent No. 8,506,347, U.S. Patent No. 8,182,310 and U.S. Patent No. D622,478, copies of which are enclosed.

I have reviewed the sale in the United States of the _Soma Oh My Gorgeous Cami Bra_. After careful review, it is clear that this bra infringes on one or more claims of the '347 Patent, '310 Patent and the '478 Patent.

Wink Intimates is prepared to protect its intellectual property through all means necessary. If you are interested in discussing a license in order to continue selling your products which infringe on these patents, please contact me within 30 days. If I do not hear from you, no further notice will be delivered prior to filing suit.

Be advised accordingly.

Very truly yours,

DAVID E. GRAY

DEG/kc
Enclosures
cc:      Wink Intimates
         Christopher Casieri, Esq.

# EXHIBIT  B

US00D622478S

(12) **United States Design Patent**
Clair et al.

(10) Patent No.: **US D622,478 S**
(45) Date of Patent: ** ** **Aug. 31, 2010**

(54) **COMBINATION BRASSIERE AND TANK TOP**

(76) Inventors: **Andrea T. Clair**, Toronto (CA);
**Anastasios Koskinas**, Toronto (CA)

(**) Term: **14 Years**

(21) Appl. No.: **29/300,471**

(22) Filed: **Mar. 31, 2008**

(51) **LOC (9) Cl.** ................................................. **02-01**
(52) **U.S. Cl.** ...................................................... **D2/706**
(58) **Field of Classification Search** .......... D2/706–711,
D2/731, 736; 2/67, 73, 113, 118, 913; 450/50,
450/65, 70, 31, 93
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D318,749 S | * | 8/1991 | Suleiman | ...................... D2/708 |
| 5,045,018 A | * | 9/1991 | Costanzo | ...................... 450/31 |
| 5,882,242 A | * | 3/1999 | Hardy | ......................... 450/93 |
| 6,113,460 A | * | 9/2000 | McKeown | ................... 450/31 |
| D452,601 S | * | 1/2002 | Allen et al. | .................. D2/706 |
| 6,918,813 B2 | * | 7/2005 | Hass | ............................ 450/75 |
| D522,717 S | * | 6/2006 | Aurilia et al. | ................. D2/706 |
| 7,083,494 B2 | * | 8/2006 | Sandroussi et al. | ........... 450/31 |
| D546,028 S | * | 7/2007 | Lin | ............................. D2/706 |
| D560,877 S | * | 2/2008 | Utaka | .......................... D2/706 |

* cited by examiner

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—William D. Hare; McNeely &
Hare LLP

(57)                **CLAIM**

The ornamental design for a combination brassiere and tank
top, as shown and described:

**DESCRIPTION**

FIG. **1** is a rear elevational view of a combination brassiere
and tank top, showing our new design; and,

FIG. **2** is a front elevational view thereof.

The broken lines shown in the drawings are for environmental
purposes only and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2

# EXHIBIT  C

(12) **United States Patent**     (10) **Patent No.:**     **US 8,182,310 B2**
    Clair et al.                  (45) **Date of Patent:**        **May 22, 2012**

(54) **COMBINATION BRASSIERE AND TANK TOP**

(75) Inventors: **Andrea T. Clair**, Toronto (CA);
                **Anastasios Koskinas**, Toronto (CA)

(73) Assignee: **Wink Intimates**, Toronto (CA)

( * ) Notice:   Subject to any disclaimer, the term of this
                patent is extended or adjusted under 35
                U.S.C. 154(b) by 424 days.

(21) Appl. No.: **12/498,136**

(22) Filed: **Jul. 6, 2009**

(65)            **Prior Publication Data**

     US 2009/0270013 A1      Oct. 29, 2009

            **Related U.S. Application Data**

(63) Continuation of application No. 29/300,471, filed on
     Mar. 31, 2008, now Pat. No. Des. 622,478.

(51) **Int. Cl.**
     *A41C 3/00*             (2006.01)

(52) **U.S. Cl.** ............................................ **450/30**; 450/33

(58) **Field of Classification Search** ................. 450/7–11,
     450/23–28, 15–18, 30–35, 92, 93, 1;   2/105,
     2/106, 109–110, 113–115, 73, 78.1–78.4,
                                                2/46, 69
     See application file for complete search history.

(56)              **References Cited**

            U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,863,460 | A | * | 12/1958 | Monroe | ........................... 450/11 |
| 2,869,552 | A | * | 1/1959 | Smith | ............................. 450/32 |
| 3,225,768 | A | * | 12/1965 | Galitzki et al. | ................. 450/39 |
| 4,781,650 | A | * | 11/1988 | Budd | ............................. 450/55 |
| 5,269,720 | A | * | 12/1993 | Moretz et al. | ................... 450/37 |
| 5,873,767 | A | * | 2/1999 | Pickett | ............................ 450/1 |
| 6,935,921 | B1 | * | 8/2005 | Eudenbach et al. | ........... 450/54 |
| 7,083,494 | B2 | * | 8/2006 | Sandroussi et al. | ........... 450/31 |
| 7,306,505 | B2 | * | 12/2007 | Barbour et al. | ................. 450/30 |
| 7,409,728 | B2 | * | 8/2008 | Harry | ................................ 2/106 |
| 7,549,908 | B2 | * | 6/2009 | Yudkoff | .......................... 450/62 |

\* cited by examiner

*Primary Examiner* — Gloria Hale

(74) *Attorney, Agent, or Firm* — McNeely, Hare & War LLP;
William P. Hare

(57)              **ABSTRACT**

The inventions relate to a garment that combines a foam cup,
underwire bra combined with a tank top overlay made of a
spandex blend or lace fabric for the tank top. The bra function
is provided by underwires and specially formed foam cups for
support and shaping of the breasts. The tank top portion of the
garment is attached to one of the shoulder straps which are
diagonally fixed to the tank top portion of the garment. The
tank top portion of the invention is attached from each side as
well as the bottom of the garment, in a unique "turn-under"
sewing technique. A lace or combination spandex mix fabric
attaches from the outside of the cups to the lace band at the
back of the garment. This garment is used under low cut
dresses and blouses, to cover cleavage and décolletage, which
is an employment standard for many companies.

**20 Claims, 2 Drawing Sheets**






FIG.1

**FIG.2**



US 8,182,310 B2

**1**

## COMBINATION BRASSIERE AND TANK TOP

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of, and claims priority from, U.S. patent application Ser. No. 29/300,471, the contents of which are incorporated herein in their entirety by reference.

### TECHNICAL FIELD OF THE INVENTION

This invention relates to a foam cup, underwire bra with one to three shoulder straps, the foam cups and underwires provide support and lift for small to very large breast, providing full coverage of the nipple. The overlay, tank top portion of the garment, covers the cups to provide the appearance of a bra with a tank top overtop.

### BACKGROUND OF THE INVENTION

The bra, the foam cup bra, the underwire bra and the tank top each individually are well known articles in the garment industry. Each article on its own provides a specific duty. A soft bra made only with fabric, is designed to gently support the breasts. An underwire fabric bra, provides more support than a regular fabric bra. A foam cup underwire bra, provides a solution for better support, and shaping of the breast. Each type of bra, provides a totally different result and is purchased by women with different needs.

The tank top does not provide any support, lift or coverage of the breasts, and does not provide shaping of the breast. The tank top is designed to often be worn over a bra, as a garment to be worn on its own, or under another article of clothing. The combination of the tank top over foam cups, supported by underwires is unique to this invention. It is very different from a soft cup bra with a lace overlay. The foam cup, underwire bra of this invention is designed to support, shape and lift the breast, while providing full coverage of the nipple.

### SUMMARY

The invention is directed to a foam cup, underwire bra with a tank top attached, which allows women to wear one under-garment rather than two garments under low cut dresses and blouses.

The invention includes foam cups which are designed to support and uplift the breast, giving shape to the breast, while providing full coverage of the nipple area. The foam cups are specifically shaped and angled to support the breast in an angle to uplift the breasts in a natural form. The shoulder straps are sewn directly into the foam cups, which seamlessly anchors the Shoulder straps to the cups. The cups are then covered by the Lycra blend fabric that has been bubble molded to shape over the foam cups.

The invention includes underwires which are attached to the base of the foam cups to further support the breast and foam cups.

Covering the foam cups, the underwires, the cleavage and décolletage is a Lycra blend fabric, which looks like a tank top. This fabric is attached from the outside of each foam cup, attached at the bottom under the underwires in a unique "turn under" sewing technique.

**2**

### DESCRIPTION OF THE DRAWINGS

FIG. 1 is a view of the interior of the tank bra.
FIG. 2 is a view of the front of the tank bra.

### DETAILED DESCRIPTION

The foam cup, underwire bra with tank top addresses a technical problem felt by women. The inventor has recognized that there is a need for such a garment that provides the lift, support, shaping and coverage, which is provided by a foam cup, underwire bra, along with the coverage of the cleavage and lower décolletage as provided by a tank top.

The foam cup, underwire bra of the invention is worn to provide lift and support and a specific shaping of the breast as well as coverage of the nipple. Most recently tank tops rather than camisoles have been used to "layer" to provide the coverage required of the cleavage and chest, but they ride up on the body, creating lumps and bumps of the fabric, and create additional heat because of the additional layer of clothing. However, both make the wearer uncomfortable and hot.

The foam, cup, under wire bra with attached tank top addresses the requirement women have for wearing additional layers of clothing, a bra plus a tank top, under low cut garments, especially in the hot spring, summer and fall months, when an extra layer of clothing only adds to heat and discomfort. Additionally menopausal women and women who heat up easily will appreciate the elimination of an additional layer of clothing under dresses and blouses. The designers of clothing are continuing to design dresses, blouses and tops with plunging necklines. Deep V-necks have become the norm in fashion, low cut garments for women are completely inappropriate attire for career women and women in situations that require coverage of the cleavage.

Presently, many items in a women's wardrobe are virtually useless, except for an evening out on the town. This invention is designed to address this problem, allowing women to maximize their wardrobes and wear these articles without an addition tank top over the bra. The additional layer of clothing, as in "tank tops" adds an additional layer, making women feel heavier and hot. The addition of a tank top under a dress, rides up, creating bumps and bulges, which only exasperates the problem.

As shown in FIG. 1 (Interior View) the garment of the present invention includes a foam cup underwire bra with a tank top overlay over the front of the bra. The front panel, location 7 provides full coverage on the front portion from one side across to the other side of the bra portion. The tank top portion, location 7a extends from side to side as well as from below the underwires, location 2 with a unique "turn over" design, up to the portion where the shoulder straps start, location 4, providing coverage of part of the décolletage and all of the cleavage.

The said garment may be made with one, two or three shoulder straps as shown in figure one, location 4. These straps are separate and positioned on an angle for full support using narrow straps. These straps are attached to the back portion of the shoulder strap, location 3 and are made of fabric with or without stretch or a combination of both. The back portion of the shoulder strap, location 3, is attached at the back to an adjustable elastic strap, location 3a (FIG. 2), that is attached by a slider, location 9; this adjustable elastic strap is adjustable using sliders, location 8 (FIG. 2).

The center shoulder strap, for the garment with three shoulder straps, location 4a in FIG. 1, or the shoulder strap, for the garment with one shoulder strap, at the front of the garment, becomes the binding material that holds together the frame of

US 8,182,310 B2

3

the garment. The other remaining shoulder straps, location **4**, are attached internally to the foam cups, location **1** (FIG. **2**).

The foam cups, location **1** may or may not provide an insert for a foam or gel insert to provide extra fullness to make the breasts appear larger. Underwires made of flexible material, location **2**, are held in place by binding material, location **4***a*. The tank top portion of this garment is attached from the middle strap, location **4***a*, held together by binding material. The fabric is bubble molded over the cups, location **1** of FIG. **2** and sewn beneath the underwires, location **2**. The tank top portion of the garment is made of a LYCRA® (spandex) blend fabric, location **7***a*, FIG. **2**. The tank top portion of the garment is attached on both sides to lace or LYCRA® (spandex) blend band, location **5**, FIG. **2**, which is a 3-4 inch lace band, location **5**, FIG. **2**. The LYCRA® (spandex) or lace band, location **5**, FIG. **2**, is attached to a fastener or closure comprising of hook and eye to securely fasten the garment, location **6**, FIG. **2**.

### EXAMPLE OF INTENDED USE

The intended use of this invention is to be worn under a wrap style dress, which has a very low cut plunging neckline. Typically the user of this style of clothing would be required to wear a full support bra, with a tank top over the bra to cover the excessive low cut of the bra which exposes all of the wearer's cleavage and décolletage. This type of dress although a great career dress with the appropriate undergarment, is not useable for work or situations that require coverage of cleavage.

The foam cup underwire bra, with built in tank top, provides a solution as it provides a seamless, well formed undergarment, that does not create additional heat, bumps or bulges nor is there any material to "ride up" causing the unsightly bulges which result from wearing a full tank top under a dress.

We claim:

1. A bra comprising:
a foam cup portion having a pair of foam cups and a pair of surfaces, an inside surface configured to fit over the breasts and an outside surface on the opposite side of the foam cup portion, the pair of foam cups being positioned at an upper direction to define a décolletage region between the two cups and at a lower direction to define a lower exposed region between lower portions of the two cups;
a tank top portion positioned against the outside surface of the foam cup portion and extending above and below the foam cup portions to cover a part of the décolletage region, all of the cleavage and a part of the lower exposed region;
a pair of band portions extending away from the foam cup portion, each band portion terminating in an end having attachment means to attach to the attachment means of the other band portion; and
a pair of shoulder straps having a front portion and a back portion, the front portion having a first end and a second end, the first end being attached to one of the foam cups and the second end being attached to the back portion of the shoulder strap, the back portion of the shoulder strap having a first end and a second end, the first end being attached to the second end of the front portion of the shoulder strap and the second end of the back portion being attached to the band portion.

2. The bra of claim **1**, wherein the foam cups define a base region having a contour and wherein the base region is underwired to follow the contour.

3. The bra of claim **1**, wherein the foam cups have an insert for foam or gel.

4

4. The bra of claim **2**, wherein the underwire is made up of a flexible material.

5. The bra of claim **2**, wherein the underwire is held in place by a binding material.

6. The bra of claim **1**, wherein the foam cups are convex shaped and configured to support, uplift and give shape to the breast.

7. The bra of claim **6**, wherein the foam cups are specifically shaped and angled to support the breast to uplift the breast in a natural form.

8. The bra of claim **1**, wherein the foam cups provides full coverage of the nipple area of the breast of the wearer.

9. The bra of claim **1**, wherein the tank top portion comprises a (spandex) blend fabric.

10. The bra of claim **9**, wherein the (spandex) blend fabric has been molded to shape over the foam cups.

11. The bra of claim **10**, wherein opposite sides of the (spandex) blend fabric are attached to the band portions.

12. The bra of claim **11**, wherein the bands are (spandex) blend bands.

13. The bra of claim **1**, wherein the attachment means comprise of a hook and an eye.

14. The bra of claim **1**, wherein the shoulder straps are sewn directly into the foam cups to seamlessly anchor the shoulder straps to the foam cup.

15. The bra of claim **14**, wherein the front portion of the shoulder straps includes one of one, two or three shoulder straps.

16. The bra of claim **15**, wherein the back portion of the shoulder strap has an adjustable length.

17. The bra of claim **9**, wherein the tank top fabric is attached to an outside surface of each foam cup and attached to a bottom surface of the foam cups in a turn-under sewing technique.

18. A method of wearing a low cut neckline dress without the need for an additional covering undergarment, the method comprising providing a bra comprising:
a foam cup portion having a pair of foam cups and a pair of surfaces, an inside surface, configured to fit over the breasts and an outside surface, on the opposite side of the foam cup portion, the pair of foam cups being positioned at an upper direction to define a décolletage region between the two cups and at a lower direction to define a lower exposed region between lower portions of the two cups;
a tank top portion positioned against the outside surface of the foam cup portion and extending above and below the foam cup portions to cover a part of the décolletage region, all of the cleavage and a part of the lower exposed region;
a pair of band portions extending away from the foam cup portion, each band portion terminating in an end having attachment means to attach to the attachment means of the other band portion; and
a pair of shoulder straps having a front portion and a back portion, the front portion having a first end and a second end, the first end being attached to one of the foam cups and the second end being attached to the back portion of the shoulder straps, the back portion of the shoulder strap having a first end and a second end, the first end of the back portion being attached to the second end of the front portion of the shoulder strap and the second end of the back portion being attached to the band portion.

19. The method of claim **18**, wherein the tank top portion is in lieu of wearing a tank top.

20. The method of claim **18**, wherein the bra portion is in lieu of wearing a separate brassiere.

\* \* \* \* \*

# EXHIBIT  D

US008506347B2

(12) **United States Patent**　　　　(10) **Patent No.:**　　**US 8,506,347 B2**
　　Clair et al.　　　　　　　　　　　　(45) **Date of Patent:**　　**\*Aug. 13, 2013**

(54) **COMBINATION BRASSIERE AND TANK TOP**

(76) Inventors: **Andrea T. Clair**, Toronto (CA);
　　　　　　　　**Anastasios Koskinas**, Toronto (CA)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

　　　　This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/417,844**

(22) Filed: **Mar. 12, 2012**

(65) **Prior Publication Data**

　　US 2012/0171928 A1　　Jul. 5, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 29/300,471, filed on Mar. 31, 2008, now Pat. No. Des. 622,478, and a continuation of application No. 12/498,136, filed on Jul. 6, 2009, now Pat. No. 8,182,310.

(51) **Int. Cl.**
　　*A41C 3/08*　　　　(2006.01)
　　*A41C 3/00*　　　　(2006.01)
(52) **U.S. Cl.**
　　USPC ................................... **450/31**; 450/30
(58) **Field of Classification Search**
　　USPC ................. 450/7–11, 23–28, 15–18, 30–35, 450/92, 93, 1; 2/106, 109, 110, 113–115, 2/73, 78.1–78.4, 46, 69
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,863,460 | A | \* | 12/1958 | Monroe ........................... 450/11 |
| 2,869,552 | A | \* | 1/1959 | Smith ............................. 450/32 |
| 3,225,768 | A | \* | 12/1965 | Galitzki et al. ................. 450/39 |
| 4,781,650 | A | \* | 11/1988 | Budd .............................. 450/55 |
| 5,269,720 | A | \* | 12/1993 | Moretz et al. ................... 450/37 |
| 5,873,767 | A | \* | 2/1999 | Pickett ............................ 450/1 |
| 6,443,805 | B1 | \* | 9/2002 | Kirkwood ...................... 450/31 |
| 6,530,820 | B1 | \* | 3/2003 | Katze et al. ...................... 450/7 |
| 6,935,921 | B1 | \* | 8/2005 | Eudenbach et al. ............ 450/54 |
| 7,083,494 | B2 | \* | 8/2006 | Sandroussi et al. ............ 450/31 |
| 7,306,505 | B2 | \* | 12/2007 | Barbour et al. ................. 450/30 |
| 7,409,728 | B2 | \* | 8/2008 | Harry ................................ 2/106 |
| 7,488,234 | B2 | \* | 2/2009 | Rothman et al. ............... 450/36 |
| 7,549,908 | B2 | \* | 6/2009 | Yudkoff ......................... 450/62 |
| 8,182,310 | B2 | \* | 5/2012 | Clair et al. ...................... 450/30 |

\* cited by examiner

*Primary Examiner* — Gloria Hale

(74) *Attorney, Agent, or Firm* — William D. Hare; McNeely, Hare & War, LLP

(57) **ABSTRACT**

The inventions relate to a garment that combines a foam cup, underwire bra combined with a tank top overlay made of a spandex blend or lace fabric for the tank top. The bra function is provided by underwires and specially formed foam cups for support and shaping of the breasts. The tank top portion of the garment is attached to one of the shoulder straps which are diagonally fixed to the tank top portion of the garment. The tank top portion of the invention is attached from each side as well as the bottom of the garment, in a unique "turn-under" sewing technique. A lace or combination spandex mix fabric attaches from the outside of the cups to the lace band at the back of the garment. This garment is used under low cut dresses and blouses, to cover cleavage and décolletage, which is an employment standard for many companies.

**16 Claims, 2 Drawing Sheets**




**FIG.1**



**FIG.2**



US 8,506,347 B2

1

**COMBINATION BRASSIERE AND TANK TOP**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a continuation of, and claims priority
from, U.S. patent application Ser. No. 29/300,471, and U.S.
Ser. No. 12/498,136, filed on Jul. 6, 2009, the contents of both
of which are incorporated herein in their entirety by refer-
ence.

TECHNICAL FIELD OF THE INVENTION

This invention relates to a foam cup, underwire bra with
one to three shoulder straps, the foam cups and underlaps
provide support and lift for small to very large breast, provid-
ing full coverage of the nipple. The overlay, tank top portion
of the garment, covers the cups to provide the appearance of
a bra with a tank top overtop.

BACKGROUND OF THE INVENTION

The bra, the foam cup bra, the underwire bra and the tank
top each individually are well known articles in the garment
industry. Each article on its own provides a specific duty. A
soft bra made only with fabric, is designed to gently support
the breasts. An underwire fabric bra, provides more support
than a regular fabric bra. A foam cup underwire bra, provides
a solution for better support, and shaping of the breast. Each
type of bra, provides a totally different result and is purchased
by women with different needs.

The tank top does not provide any support, lift or coverage
of the breasts, and does not provide shaping of the breast. The
tank top is designed to often be worn over a bra, as a garment
to be worn on its own, or under another article of clothing. The
combination of the tank top over foam cups, supported by
underwires is unique to this invention. It is very different from
a soft cup bra with a lace overlay. The foam cup, underwire
bra of this invention is designed to support, shape and lift the
breast, while providing full coverage of the nipple.

SUMMARY

The invention is directed to a foam cup, underwire bra with
a tank top attached, which allows women to wear one under-
garment rather than two garments under low cut dresses and
blouses.

The invention includes foam cups which are designed to
support and uplift the breast, giving shape to the breast, while
providing full coverage of the nipple area. The foam cups are
specifically shaped and angled to support the breast in an
angle to uplift the breasts in a natural form. The shoulder
straps are sewn directly into the foam cups, which seamlessly
anchors the Shoulder straps to the cups. The cups are then
covered by the Lycra blend fabric that has been bubble
molded to shape over the foam cups.

The invention includes underwires which are attached to
the base of the foam cups to further support the breast and
foam cups.

Covering the foam cups, the underwires, the cleavage and
décolletage is a Lycra blend fabric, which looks like a tank
top. This fabric is attached from the outside of each foam cup,
attached at the bottom under the underwires in a unique "turn
under" sewing technique.

2

DESCRIPTION OF THE DRAWINGS

FIG. **1** is a view of the interior of the tank bra.
FIG. **2** is a view of the front of the tank bra.

DETAILED DESCRIPTION

The foam cup, underwire bra with tank top addresses a
technical problem felt by women. The inventor has recog-
nized that there is a need for such a garment that provides the
lift, support, shaping and coverage, which is provided by a
foam cup, underwire bra, along with the coverage of the
cleavage and lower décolletage as provided by a tank top.

The foam cup, underwire bra of the invention is worn to
provide lift and support and a specific shaping of the breast as
well as coverage of the nipple. Most recently tank tops rather
than camisoles have been used to "layer" to provide the cov-
erage required of the cleavage and chest, but they ride up on
the body, creating lumps and bumps of the fabric, and create
additional heat because of the additional layer of clothing.
However, both make the wearer uncomfortable and hot.

The foam, cup, under wire bra with attached tank top
addresses the requirement women have for wearing addi-
tional layers of clothing, a bra plus a tank top, under low cut
garments, especially in the hot spring, summer and fall
months, when an extra layer of clothing only adds to heat and
discomfort. Additionally menopausal women and women
who heat up easily will appreciate the elimination of an addi-
tional layer of clothing under dresses and blouses. The
designers of clothing are continuing to design dresses,
blouses and tops with plunging necklines. Deep V-necks have
become the norm in fashion, low cut garments for women are
completely inappropriate attire for career women and women
in situations that require coverage of the cleavage.

Presently, many items in a women's wardrobe are virtually
useless, except for an evening out on the town. This invention
is designed to address this problem, allowing women to maxi-
mize their wardrobes and wear these articles without an addi-
tion tank top over the bra. The additional layer of clothing, as
in "tank tops" adds an additional layer, making women feel
heavier and hot. The addition of a tank top under a dress, rides
up, creating bumps and bulges, which only exasperates the
problem.

As shown in FIG. **1** (Interior View) the garment of the
present invention includes a foam cup underwire bra with a
tank top overlay over the front of the bra. The front panel,
location **7** provides full coverage on the front portion from
one side across to the other side of the bra portion. The tank
top portion, location **7***a* extends from side to side as well as
from below the underwires, location **2** with a unique "turn
over" design, up to the portion where the shoulder straps start,
location **4**, providing coverage of part of the décolletage and
all of the cleavage.

The said garment may be made with one, two or three
shoulder straps as shown in figure one, location **4**. These
straps are separate and positioned on an angle for full support
using narrow straps. These straps are attached to the back
portion of the shoulder strap, location **3** and are made of fabric
with or without stretch or a combination of both. The back
portion of the shoulder strap, location **3**, is attached at the
back to an adjustable elastic strap, location **3***a* (FIG. **2**), that is
attached by a slider, location **9**; this adjustable elastic strap is
adjustable using sliders, location **8** (FIG. **2**).

The center shoulder strap, for the garment with three shoul-
der straps, location **4***a* in FIG. **1**, or the shoulder strap, for the
garment with one shoulder strap, at the front of the garment,
becomes the binding material that holds together the frame of

US 8,506,347 B2

3

the garment. The other remaining shoulder straps, location **4**, are attached internally to the foam cups, location **1** (FIG. **2**).

The foam cups, location **1** may or may not provide an insert for a foam or gel insert to provide extra fullness to make the breasts appear larger. Underwires made of flexible material, location **2**, are held in place by binding material, location **4***a*. The tank top portion of this garment is attached from the middle strap, location **4***a*, held together by binding material. The fabric is bubble molded over the cups, location **1** of FIG. **2** and sewn beneath the underwires, location **2**. The tank top portion of the garment is made of a LYCRA® (spandex) blend fabric, location **7***a*, FIG. **2**. The tank top portion of the garment is attached on both sides to lace or LYCRA® (spandex) blend band, location **5**, FIG. **2**, which is a 3-4 inch lace band, location **5**, FIG. **2**. The LYCRA® (spandex) or lace band, location **5**, FIG. **2**, is attached to a fastener or closure comprising of hook and eye to securely fasten the garment, location **6**, FIG. **2**.

Example of Intended Use

The intended use of this invention is to be worn under a wrap style dress, which has a very low cut plunging neckline. Typically the user of this style of clothing would be required to wear a full support bra, with a tank top over the bra to cover the excessive low cut of the bra which exposes all of the wearer's cleavage and décolletage. This type of dress although a great career dress with the appropriate undergarment, is not useable for work or situations that require coverage of cleavage.

The foam cup underwire bra, with built in tank top, provides a solution as it provides a seamless, well formed undergarment, that does not create additional heat, bumps or bulges nor is there any material to "ride up" causing the unsightly bulges which result from wearing a full tank top under a dress.

We claim:

**1**. A bra comprising:

a pair of foam cups each having an inside surface configured to fit over at least a portion of the breasts of a wearer and an outside surface on the opposite side of the inside surface of the foam cup, the pair of foam cups being positioned adjacent to each other to fit over at least a portion of the breasts of a wearer;

a material overlay positioned against the outside surface of the foam cups and extending across the outside surface of the foam cups and the area between the two foam cups;

band portions extending away from the foam cups, or material overlay towards the back of the wearer; and

4

a pair of shoulder straps, each shoulder strap with a front end and a back end, wherein each front end is attached to either one of the foam cups or material overlay, or both and the back end being attached to the band portions at the back of the wearer,

wherein the material overlay is attached to an outside surface of each foam cup and attached under a bottom surface of the foam cups.

**2**. The bra of claim **1**, wherein the foam cups define a base region having a contour and wherein the base region is underwired along the contour.

**3**. The bra of claim **2**, wherein the underwire is made up of a flexible material.

**4**. The bra of claim **1**, wherein the foam cups are convex shaped and configured to support, uplift and give shape to the breast of a wearer of the bra.

**5**. The bra of claim **1**, wherein the foam cups are configured to provide full coverage of the nipple area of the breast of the wearer of the bra.

**6**. The bra of claim **1**, wherein the material overlay comprises a spandex blend fabric.

**7**. The bra of claim **6**, wherein the material overlay attached to a bottom surface of the foam cups in a turn-under sewing technique.

**8**. The bra of claim **1**, wherein opposite sides of the material overlay are attached to the band portions.

**9**. The bra of claim **8**, wherein the band portions are spandex blend bands.

**10**. The bra of claim **1**, wherein each band portion terminates in an end having attachment means.

**11**. The bra of claim **10**, wherein the attachment means comprise a hook and an eye.

**12**. The bra of claim **1**, wherein the shoulder straps are sewn directly into the foam cups.

**13**. The bra of claim **12**, wherein the front portion of the shoulder straps includes one of one, two or three shoulder straps.

**14**. The bra of claim **13**, wherein the back portion of the shoulder strap has an adjustable length.

**15**. The bra of claim **1**, wherein the material overlay provides coverage of all of the cleavage of the wearer.

**16**. A garment comprising:

a foam cup, underwire bra; and

a material overlay attached to the outside of the foam cup, underwire bra, wherein the material overlay is attached from below the underwires or foam cups.

\*   \*   \*   \*   \*