UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida
corporation

       Plaintiff,

v.                                                                                    Case No:   2:13-cv-792-FtM-38DNF

ANDREA CLAIR, ANASTASIOS
KOSKINAS and 1654754 ONTARIO,
INC.,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #62), filed on February 19, 2015, recommending that the District Court (1) adopt the following construction of "foam cup": "Portion of the bra that fits over at least a portion of the breast and is shaped or lined with foam or gel."; and (2) defer construction of the '478 Design Patent until the parties brief the issue of the appropriateness of claim construction with the benefit of discovery and expert reports. No objections have been filed to the Report and Recommendation. This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

report and recommendation. 28 U.S.C. § 636 (b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636 (b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. So. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #62) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Plaintiff's Motion for Claim Construction (Doc. #34) is **DENIED** as set forth in this Order:

    a. As it relates to the '310 and '347 Patents, the Court construes "foam cup" as the "Portion of the bra that fits over at least a portion of the breast and is shaped or lined with foam or gel."

    b. Construction of the '478 Design Patent is deferred until the parties brief the issue of the appropriateness of claim construction with the benefit of discovery and expert reports.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of March, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record