UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida
corporation

      Plaintiff,

v.                                                        Case No:   2:13-cv-792-FtM-38DNF

ANDREA CLAIR, ANASTASIOS
KOSKINAS and 1654754 ONTARIO,
INC.,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Defendants' Motion to Strike Plaintiff's Motion (Doc. #75) filed on March 9, 2015. Plaintiff filed a response in opposition on March 9, 2015. (Doc. #76). This matter is ripe for review.

Defendants' move to strike Plaintiff's Motion to Exclude the Testimony of Defendants' Damages Expert Adam Falconer on the grounds that Plaintiff did not seek leave to file the motion and has not shown good cause as to why it should be permitted to file multiple *Daubert* motions and exceed the 25 page limit. (See Doc. #71). Upon consideration, the Court finds the motion is due to be denied. The Case Management and Scheduling Order does not limit the number of *Daubert* motions a party can file. (See Doc. #25). Moreover, the underlying motion does not exceed the 25 page limit. Rather the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

motion is only 21 pages and this includes the attorney's signature and certificate of service pages. See M.D. Fla. Local Rule 3.01(a). The underlying motion along with the contemporaneously filed exhibits exceeds twenty five pages but this is permissible. The Court finds Defendants' instant motion is unpersuasive. The Court will address the motion as it relates to Expert Adam Falconer on the merits under separate cover.

Accordingly, it is now

**ORDERED:**

Defendants' Motion to Strike Plaintiff's Motion ([Doc. #75](Doc. #75)) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of March, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record