UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida
corporation

       Plaintiff,

v.                                                                 Case No: 2:13-cv-792-FtM-38DNF

ANDREA CLAIR, ANASTASIOS
KOSKINAS and 1654754 ONTARIO,
INC.,

       Defendants.
_____/

## ORDER[1]

Due to the Court's calendar, the Court *sua sponte* extends the deadlines and schedule in the Case Management and Scheduling Order as follows:

| | |
|---|---|
| **Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form. [a Word version must be emailed to the Chambers inbox at chambers_flmd_chappell@flmd.uscourts.gov, unless excused by the Court]** | **July 3, 2015** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | **July 3, 2015** |
| **Final Pretrial Conference**     **Date:** <br>**Time:** <br>**Judge:** | **July 29, 2015** <br> **9:30 AM** <br> **The Hon. Sheri Polster Chappell** |

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

| **Trial Term Beginning** | August 4, 2015 |
| --- | --- |
| **Estimated Length of Trial** | 5 days |
| **Jury/Non Jury** | Jury |

The Clerk is directed to alter the docket accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record