UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida
corporation

    Plaintiff,

v.                                       Case No:   2:13-cv-792-FtM-38DNF

ANDREA CLAIR, ANASTASIOS
KOSKINAS and 1654754 ONTARIO,
INC.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Motion for a Date Certain Trial (Doc. #100) filed on June 2, 2015. Trial is set to commence during the August trial term. The parties expect to call several witnesses who live outside of Florida and some who live outside the United States. As such, the parties request a date certain so they can make travel accommodations now and possibly save on travel costs. Although the Court empathizes with the parties' position, it cannot grant the request at this time. The Court's heavy docket currently contains several criminal trial ready cases. As the parties are aware, the Court is obligated to ensure the criminal trials are handled first. As such, the Court cannot give a sincere date certain trial at this time. The Court, however, will *sua sponte* revisit this possibility at the final pretrial conference.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Joint Motion for a Date Certain Trial ([Doc. #100](Doc. #100)) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record