**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | |
|---|---|
| **CHICO'S FAS, INC.,** <br> A Florida corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **1654754 ONTARIO, INC.** <br> **d/b/a WINK INTIMATES,** a <br> Canadian corporation**, ANDREA** <br> **CLAIR,** a Canadian individual**,** and <br> **ANASTASIOS KOSKINAS,** a <br> Canadian individual**,** <br><br> Defendants. | **Case No.: 2:13-cv-00792-SPC-DNF** |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL WITNESS LIST

Defendants, through their undersigned counsel and pursuant to the Court's Scheduling Order (Dkt. No. 25), hereby provides the following objections to the witnesses identified by Plaintiff to be called at trial in this matter:

| No. | Identity of Trial Witness | Objection |
|---|---|---|
| 1. | Cindy Tiranayake <br> c/o Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A <br> 255 S. Orange Avenue, Suite 1401 <br> Orlando, FL 32801 | |
| 2. | David May <br> c/o Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A <br> 255 S. Orange Avenue, Suite 1401 <br> Orlando, FL 32801 | |
| 3. | Emily Suess <br> c/o Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A <br> 255 S. Orange Avenue, Suite 1401 <br> Orlando, FL 32801 | |

| | | |
|---|---|---|
| 4. | Phillip Murray<br>c/o Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A<br>255 S. Orange Avenue, Suite 1401<br>Orlando, FL 32801 | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure |
| 5. | Joyce Baran<br>170 Whippoorwill Lane<br>Stratford, CT 06614 | • Pending Daubert motion |
| 6. | Justin Lewis<br>101 Montgomery Street, Suite 2100<br>San Francisco, CA 94104 | • Pending Daubert motion |
| 7. | Anastasios Koskinas<br>c/o McNeely, Hare & War, LLP<br>5335 Wisconsin Ave., NW, Suite 440<br>Washington, D.C. 20015 | |
| 8. | Andrea Clair<br>c/o McNeely, Hare & War, LLP<br>5335 Wisconsin Ave., NW, Suite 440<br>Washington, D.C. 20015 | |
| 9. | Beverly Johnson<br>308 Ottawa Street North<br>Hamilton ON CA L8H 3Z9<br>Telephone: 905-538-1396<br>(If unable to attend, Chico's will play her videotaped deposition) | • Objections to Ms. Johnson's deposition testimony are provided elsewhere |
| 10. | Zvi Ertel<br>Dana-Co, LLC<br>102 Madison Avenue<br>New York, NY 10016<br>Telephone Number-unknown<br>(If available, otherwise his affidavit or declaration will be presented under FRE 902(11)) | • Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 11. | Robert Vitale<br>Wacoal America, Inc.<br>136 Madison Avenue, 14th Floor<br>New York, NY 10016<br>Telephone: 212-532-6100<br>(If available, otherwise his affidavit or declaration will be presented under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |

| | | |
|---|---|---|
| 12. | Suzanna Kasper, custodian of records<br>Ariela and Associates International LLC c/o<br>Gregory Fleesler, Esq.<br>Moses & Singer LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone Number-unknown<br>(Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 13. | Fruit of the Loom, Inc. c/o<br>Gregory Fleesler, Esq.<br>Moses & Singer LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: 212-554-7818<br>(Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 14. | Sandy Waitz, Chief Design Officer, Innerware<br>Hanes Brands, Inc. c/o John F. Morrow, Jr.<br>Womble Carlyle Sandridge & Rice, LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone Number-unknown<br>(Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 15. | Brazabra Corp. c/o Ted Davis, President and Founder<br>8 Run Way<br>Lee, MA 01238<br>Telephone: 413-243-4690 ext. 14<br>(Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |

| | | |
|---|---|---|
| 16. | Stephen Smith, Manager of Corporate Records QVC, Inc. c/o Vincent LaMonaca QVC, Inc. 1200 Wilson Drive Mail Code 207 West Chester, PA 19380 Telephone: 484-701-8388 (Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 17. | Jodee, Inc. c/o Raul I Lopez Vice President of Operations 3100 N. 29th Avenue Hollywod, FL 33020 Telephone Number-unknown (Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 18. | Amoena USA Corporation c/o John van Ertvelde, CEO Barrett Lakes Center 1701 Barrett Lakes Boulevard, #4 Kennesaw, GA 30144 Telephone Number-unknown (Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |
| 19. | Fullbeauty Brands, LP c/o Ben Clark 211 North Broadway, Suite 3600 St. Louis, MO 63102-2750 Telephone Number-unknown (Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |

| | | |
|---|---|---|
| 20. | James J. Pozy of Victoria's Secret Direct Brand Management, LLC c/o<br>Marion H. Little, Jr., Esq.<br>Zeiger, Tigges & Little LLP<br>41 S. High Street, Suite 3500<br>Columbus, OH 43215<br>Telephone: 614-365-4113<br>(Affiant/declarant under FRE902(11)) | • Not disclosed in Initial Rule 26 Disclosure or Supplemental Rule 26 Disclosure<br>• Objection to the extent the affidavit doesn't comply with FRE 803 (6)(A)-(C) and to the extent the affidavit contains opinions or other inadmissible evidence |

Respectfully submitted May 1, 2015.

                              Respectfully submitted,

                              /s/ *Steven War*
                              STEVEN WAR (*pro hac vice*)
                              KEVIN MCNEELY (*pro hac vice*)
                              MCNEELY, HARE & WAR LLP
                              5335 Wisconsin Ave, NW Suite 440
                              Washington, D.C. 20015
                              Telephone: (202) 274-0214
                              Facsimile: (202) 478-1813
                              steve@miplaw.com
                              kevin@miplaw.com

                              AND

                              CHRISTOPHER S. CASIERI (*pro hac vice*)
                              MCNEELY, HARE & WAR, LLP
                              12 Roszel Road, Suite C104
                              Princeton, New Jersey 08540
                              Telephone: (609) 731-3668
                              Facsimile: (202) 478-1813
                              chris@miplaw.com

        AND

        Shyamie Dixit, Esq. (sdixit@dixitlaw.com)
        Florida Bar No.: 719684
        Robert L. Vessel, Esq. (rvessel@dixitlaw.com)
        3030 N. Rocky Point Drive West, Suite 260
        Tampa, FL 33607
        Telephone: (813) 252-3999
        Facsimile: (813) 252-3997
        Attorneys for Defendants

        *Attorneys for Defendants* 1654754 ONTARIO,
        INC. d/b/a WINK INTIMATES, ANDREA CLAIR
        AND ANASTASIOS KOSKINAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2015, I served a true and correct copy of the foregoing document via e-mail to the following:

    Ava K. Doppelt, Esq. (adoppelt@addmg.com)
    Florida Bar No.: 393738
    Ryan T. Santurri, Esq. (rsanturri@addmg.com)
    Florida Bar No.: 015698
    Brian Gilchrist, Esq. (bgilchrist@addmg.com)
    ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, PA
    255 South Orange Avenue, #1401
    Orlando, FL 32801
    Tel: 407-841-2330
    Fax: 407-841-2343

                */s/ Steven War*_____
                Steven War