**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | |
|---|---|
| **CHICO'S FAS, INC.,** A Florida corporation, Plaintiff, vs. **1654754 ONTARIO, INC. d/b/a WINK INTIMATES,** a Canadian corporation**, ANDREA CLAIR,** a Canadian individual**,** and **ANASTASIOS KOSKINAS,** a Canadian individual**,** Defendants. | Case No.: 2:13-cv-00792-SPC-DNF |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL WITNESS LIST**

Plaintiff Chico's FAS, Inc., through its undersigned counsel and pursuant to the Court's Scheduling Order (Dkt. 25), hereby provides the following objections to the witnesses identified by Defendants to be called at trial in this dispute:

| No. | Identity of Trial Witness | Objection |
|---|---|---|
| 1. | Andrea Clair | |
| 2. | Emily Suess | |
| 3. | Karin Yngvesdotter | |
| 4. | Adam Falconer | Pending Daubert motion |
| 5. | Anastasios Koskinas | |
| 6. | Cindy Tiranayake | |

| | | |
|---|---|---|
| 7. | David May | |
| 8. | Beverly Johnson | |
| 9. | Donna Mines | |

Respectfully submitted this May 1, 2015.