UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida corporation

       Plaintiff,

v.                              Case No:  2:13-cv-792-FtM-38MRM

ANDREA CLAIR, ANASTASIOS KOSKINAS and 1654754 ONTARIO, INC.,

       Defendants.
_____/

### NOTICE CANCELLING HEARING[1]

Due to the recently-filed Motion to Dismiss (Doc. #131), the Court cancels the evidentiary hearing currently set for Wednesday, October 14, 2015 (Doc. #130). Defendants Andrea Clair, Anastasios Koskinas, and 1654754 Ontario, Inc. shall file a response on or before October 26, 2015.

Accordingly, it is now

**ORDERED:**

(1) The evidentiary hearing currently set for October 14, 2015 (Doc. #130), before the undersigned is **CANCELLED**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) Defendants Andrea Clair, Anastasios Koskinas, and 1654754 Ontario, Inc. shall file a response to Plaintiff Chico's FAS, Inc.'s Motion to Dismiss (Doc. #131) on or before **October 26, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record