UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida corporation

    Plaintiff,

v.

ANDREA CLAIR, ANASTASIOS KOSKINAS and 1654754 ONTARIO, INC.,

    Defendants.
_____/

Case No:  2:13-cv-792-FtM-38MRM

### **ORDER**[1]

This matter comes before the Court on Plaintiff Chico's FAS, Inc.'s Response (Doc. #139) filed on December 2, 2015.  Recently, the Court determined that Chico's is a co-owner of the patents-at-issue[2] and acknowledged that as a co-owner, Chico's wished to exercise its right to impede Defendants Andrea Clair, Anastasios Koskinas, and 1654754 Ontario, Inc. from pursuing their counterclaims for patent infringement.  (Doc. #138).  The Court then dismissed those counterclaims and instructed Chico's to specify how it wished to proceed with its claims for non-infringement and invalidity.  (Doc. #138).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] United States Design Patent No. D622,478 and United States Patent No. 8,182,310.  While this action initially involved a third patent, United States Patent No. 8,506,347, the Court has since invalidated the '347 Patent based on prior art (Doc. #128).

Now, Chico's responds that it believes these claims should be dismissed as there is no longer a live case or controversy that qualifies for the Declaratory Judgment Act, 28 U.S.C. § 2201, under which the claims were brought.  (Doc. #139).  The Court agrees and finds that Chico's claims for non-infringement and invalidity (Doc. #61) must be dismissed.  See *Sony Elecs., Inc. v. Guardian Media Techs., Ltd.*, 497 F.3d 1271, 1288 (Fed. Cir. 2007) ("If a district court's decision is consistent with the purposes of the Declaratory Judgment Act and considerations of wise judicial administration, it may exercise its discretion to dismiss (or stay) the case.").  That said, the Court will allow Chico's to file a motion seeking costs and fees on or before December 17, 2015.  Defendants shall file a response to any such motion on or before December 31, 2015.  See *Highway Equip. Co. v. FECO, Ltd.*, 469 F.3d 1027, 1032 (Fed. Cir. 2006) (explaining a district court maintains independent jurisdiction over a motion for attorney fees under 35 U.S.C. § 285).

Accordingly, it is now **ORDERED:**

Plaintiff Chico's FAS, Inc.'s Count 1 and Count 2 (Doc. #61), seeking declaratory judgments of non-infringement and invalidity, respectively, are **DISMISSED**.

1. The Clerk is directed to deny all pending motions as moot.
2. Plaintiff Chico's FAS, Inc. may file a motion seeking fees or costs on or before December 17, 2015, to which Defendants shall respond on or before December 31, 2015.

**DONE** and **ORDERED** in Fort Myers, Florida, this 3rd day of December, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record