**Allen,Dyer,Doppelt,Milbrath & Gilchrist**
Matter Disbursements, for matter 0120509
1/1/1970 to 12/31/2029

| Date | Expense | Vendor | $Value | Check# | Description |
|------|---------|--------|--------|--------|-------------|
| CHICOS | Chico's FAS, Inc. | | | | |
| 120509 | Chico's FAS, Inc. v. 1654754 Ontario, Inc. d/b/a Wink Intimates | | | | |
| | | | | | |
| **1** | **FEES OF THE CLERK** | | | | |
| 11/7/2013 | Filing Fee | | $400.00 | 50961 | Filing Fee |
| | | | | | |
| **2** | **FEES FOR SERVICE OF SUMMONS AND SUBPOENA** | | | | |
| 6/16/2014 | Service Fees - Subpoenas | Hale Process | $122.00 | 51899 | Service: L Brands, Inc. |
| 6/16/2014 | Service Fees - Subpoenas | Hale Process | $122.00 | 51899 | Service: OSP Group, LP |
| 6/16/2014 | Service Fees - Subpoenas | Hale Process | $57.00 | 51899 | Service: Jodee, Inc. |
| 7/9/2014 | Service Fees - Subpoenas | Delaware Attorney Services | $65.00 | 52002 | Service: Wacoal America, Inc. |
| 7/3/2014 | Service Fees - Subpoenas | Hale Process | $122.00 | 51993 | Service: Ameona USA Corporation |
| 12/12/2014 | Service Fees - Subpoenas | Eagle Legal Services | $275.00 | 52686 | Service: Brazabra Corporation |
| 12/12/2014 | Service Fees - Subpoenas | Eagle Legal Services | $175.00 | 52686 | Service: HBI Branded Apparel Limited, Inc. |
| 12/12/2014 | Service Fees - Subpoenas | Eagle Legal Services | $295.00 | 52686 | Service: David A. Berner d/b/a Shapez, LLC |
| 12/12/2014 | Service Fees - Subpoenas | Eagle Legal Services | $175.00 | 52686 | Service: Wal-Mart Stores, Inc. |
| 1/15/2015 | Service Fees - Subpoenas | Eagle Legal Services | $305.00 | 52814 | Service: Glamorise Foundations, Inc. |
| 4/1/2015 | Service Fees - Subpoenas | Hale Process | $870.00 | 53191 | Service: Carol Wior |
| | | | $2,583.00 | | |
| | | | | | |
| **3** | **FEES FOR PRINTED OR ELECTRONIC TRANSCRIPTS** | | | | |
| 1/13/2015 | Deposition/Transcripts | Transperfect Legal Solutions | $1,381.50 | 52797 | Transcripts on 11/18/14  (for Emily Suess) |
| 1/13/2015 | Deposition/Transcripts | Transperfect Legal Solutions | $894.00 | 52797 | Transcripts on 11/19/14 (for Cindy Tiranayake, David May and Donna Mines |
| 2/11/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $2,568.38 | 52938 | Appearance Fee, Transcripts - Andrea Clair and Anastasios Koskinas, taken 1/6/2015 |
| 3/13/2015 | Court Reporter Service | Barbara Perry & | $1,958.75 | 53087 | Transcripts: Adam J. Falconer |
| 3/13/2015 | Court Reporter Service | Stewart Richardson | $150.00 | 53084 | Appearance Fee for Ben Clark |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $2,040.00 | 53084 | Andrea Clair and Anastasios Koskinas Deposition Services - Video |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $615.00 | 53084 | Andrea Clair Deposition Services - Rough ASCII |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $1,328.45 | 53084 | Andrea Clair Deposition - Original and One Copy of Transcript |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $2,704.14 | 53084 | Andrea Clair as Representative for Wink - Transcripts and Service Fees |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $442.00 | 53084 | Andrea Clair as Representative for Wink - Video |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $2,371.95 | 53084 | Beverly Johnson Deposition Exhibit, Video and Service Fees |
| 3/13/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $515.00 | 53084 | Beverly Johnson Deposition - Rough ASCII |
| 4/1/2015 | Deposition/Transcripts | Transperfect Legal Solutions | $1,270.00 | 53176 | Transcripts: Justin Lewis |
| 4/15/2015 | Deposition Transcripts | Esquire | $501.00 | 53265 | Beverly Johnson Deposition Video |
| 4/15/2015 | Deposition Transcripts | Esquire | $1,372.50 | 53265 | Karin Yngvestdotter Deposition Transcripts |
| 4/15/2015 | Deposition Transcripts | Esquire | $1,815.00 | 53265 | Joyce Baran Deposition Transcripts |
| 8/3/2015 | Deposition/Transcripts | Esquire Deposition Solutions | $1,458.50 | 53744 | DepositionTranscript of Adam Falconer, taken 07/09/2015 |
| | | | $23,386.17 | | |
| | | | | | |
| **4** | **FEES FOR DISBURSEMENTS FOR PRINTING** | | | | |
| **5/28/2014** | **Copying @ $0.69/pg** | FedEx Office | $15.36 | | Color Printing |
| 11/30/2014 | Copying @ $0.10/pg | | $99.00 | | |
| 1/30/2015 | Copying @ $0.10/pg | | $89.90 | | |
| 2/27/2015 | Copying @ $0.10/pg | | $117.00 | | |
| 2/27/2015 | Copying @ $0.10/pg | | $0.50 | | |
| 8/15/2014 | Outside Printing | Professional Litigation Support, LLC | $137.20 | | |
| | | | | 52161 | Digital Color Printing |
| 2/16/2015 | Outside Printing | Professional Litigation Support, LLC | $545.00 | | |
| | | | | 52955 | Process Electronically Stored Information into Image |
| 4/1/2015 | Outside Printing | Professional Litigation Support, LLC | $1,380.00 | | |
| | | | | 53200 | Imported all 4 Video Depositions |
| | | | $2,383.96 | | |
| | | | | | |
| **5** | **FEES FOR EXEMPLIFICATION AND COPY COSTS** | | | | |
| 6/1/2015 | Searching | MicroPatent, LLC | $179.50 | 53458 | |
| 6/15/2015 | Searching | MicroPatent, LLC | $827.75 | 53533 | |
| | | | $1,007.25 | | |
| | | | | | |
| **6** | **OTHER COSTS** | | | | |
| 10/31/2013 | **LexisNexis** | | $49.08 | | |
| 11/30/2013 | LexisNexis | | $30.89 | | |
| 3/31/2014 | LexisNexis | | $65.18 | | |
| 5/19/2014 | LexisNexis | | $91.28 | | |
| 6/30/2014 | LexisNexis | | $11.15 | | |
| 7/31/2014 | LexisNexis | | $69.16 | | |
| | | | $316.74 | | Online Research |
| | | | | | Online Research |
| 12/2/2013 | Business Entity Search | Miltons IP | $167.76 | 51034 | Online Research |

**Allen,Dyer,Doppelt,Milbrath & Gilchrist**
**Matter Disbursements, for matter 0120509**
**1/1/1970 to 12/31/2029**

| Date | Expense | Vendor | $Value | Check# | Description |
|------|---------|--------|--------|--------|-------------|
| CHICOS | Chico's FAS, Inc. | | | | |
| 120509 | Chico's FAS, Inc. v. 1654754 Ontario, Inc. d/b/a Wink Intimates | | | | |
| | | | $167.76 | | Online Research |
| | | | | | Online Research |
| 1/22/2015 | Out-of-town Travel | | $362.27 | 52833 | Document Production |
| 1/22/2015 | Out-of-town Travel | | $92.00 | 52841 | |
| 2/11/2015 | Out-of-town travel | American Express | $288.96 | 52938 | |
| 2/11/2015 | Out-of-town travel | American Express | $371.22 | 52938 | Business Entity Search - Wink Intimates |
| 3/2/2015 | Out-of-town travel | American Express | $717.10 | 53047 | |
| 3/13/2015 | Out-of-town travel | American Express | $300.95 | 53084 | |
| 3/13/2015 | Out-of-town travel | American Express | $299.39 | 53084 | Beverly Johnson Airline and Bus Ticket Expenses |
| 3/19/2015 | Out-of-town travel | | $144.06 | 53119 | Beverly Johnson Meal and Taxi Expenses |
| 5/14/2015 | Out-of-town travel | | $136.05 | 53391 | RTS Lodging- Hampton Inn Tampa |
| 7/14/2015 | Out-of-town travel | | $411.20 | 53687 | Beverly Johnson Lodging Expenses - Crown Plaza |
| 8/11/2015 | Out-of-town travel | | $403.99 | 53808 | RTS Airfare to NY (2.10.15 - 2.13.15) |
| | | | $3,527.19 | | RTS NY Meal and Airport Parking Expenses |
| | | | | | RTS NY Lodging and Meal Expenses with Justin Lewis |
| 1/26/2015 | Document Production | | $15.00 | | RTS Taxi NY - Uber |
| | | | $15.00 | | RTS Meals/Transportation DC |
| | | | | | BRG Airfare DC |
| 5/28/2014 | Federal Express Reimbursement | Jodee, Inc. | $29.82 | 51859 | BRG Lodging/Meals DC*** |
| 2/4/2015 | Product Reimbursement | Brazabra | $11.90 | | |
| | | | $41.72 | | |
| | | | | | Production of CD to Client |
| 11/7/2013 | Express Mail/Delivery Services | Federal Express | $19.94 | 44349 | |
| 11/15/2013 | Express Mail/Delivery Services | Federal Express | $14.72 | 44349 | Summer 2000 Catalog Federal Express Shipping Reimbursement |
| 11/19/2013 | Express Mail/Delivery Services | Federal Express | $19.62 | 44349 | Brazabra Seamless Sexy Silhouette Product Reimbursement |
| 1/16/2014 | Express Mail/Delivery Services | Federal Express | $28.87 | 46416 | |
| 12/2/2014 | Express Mail/Delivery Services | Federal Express | $39.52 | 46275 | |
| 12/2/2014 | Express Mail/Delivery Services | Federal Express | $27.09 | 46275 | |
| 12/16/2014 | Express Mail/Delivery Services | Federal Express | $48.07 | 46275 | |
| 1/26/2015 | Express Mail/Delivery Services | Federal Express | $25.22 | 46853 | |
| 2/3/2015 | Express Mail/Delivery Services | Federal Express | $24.97 | 46853 | |
| 2/9/2015 | Express Mail/Delivery Services | Federal Express | $24.97 | 46853 | |
| 2/9/2015 | Express Mail/Delivery Services | Federal Express | $62.28 | 46853 | |
| 3/6/2015 | Express Mail/Delivery Services | Federal Express | $17.65 | 46666 | |
| 3/6/2015 | Express Mail/Delivery Services | Federal Express | $24.49 | 46666 | |
| 3/10/2015 | Express Mail/Delivery Services | Federal Express | $24.23 | 46666 | |
| 3/18/2015 | Express Mail/Delivery Services | Federal Express | $18.64 | 46666 | |
| 4/10/2015 | Express Mail/Delivery Services | Federal Express | $22.69 | 46834 | |
| 7/6/2015 | Express Mail/Delivery Services | Federal Express | $55.27 | 47225 | |
| | | | $498.24 | | |

**Allen,Dyer,Doppelt,Milbrath & Gilchrist**
**Matter Disbursements, for matter 0120509**
1/1/1970 to 12/31/2029

| Date | Expense | Vendor | $Value | Check# | Description |
|------|---------|--------|--------|--------|-------------|
| | **CHICOS** | **Chico's FAS, Inc.** | | | |
| **120509** | | **Chico's FAS, Inc. v. 1654754 Ontario, Inc. d/b/a Wink Intimates** | | | |
| | | **Report Total** | | | |

# EXHIBIT 1

50961

ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.  CLIENT COST ACCOUNT

2661 Clerk of the Court, U.S. District Court

| DATE | INVOICE# | DESCRIPTION | | AMOUNT |
|------|----------|-------------|--|--------|
| | | | 50961 MATTER 0120509 | |
| 11/07/13 | OPER-MG | Filing Fee. | | 400.00 |

400.00

Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
CLIENT COST ACCOUNT
P.O. BOX 3791
ORLANDO, FLORIDA 32802-3791
PHONE: (407) 841-2330

63-1116/631

OLD FLORIDA NATIONAL BANK

50961

50961

NUMBER

**FOUR HUNDRED AND 00/100 DOLLARS**

| 11/07/13 | *$400.00* |
|----------|-----------|
| DATE | AMOUNT |

PAY
TO THE
ORDER
OF
Clerk of the Court, U.S. District Court

Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
Void 120 Days from Date of Issue

WZ440818-01-13
2661

⑈05096⑈⑈  ⑈063⑈1116⑈⑈  4862031505⑈

2661

**EXHIBIT 2**

**HALE PROCESS SERVICES**
P.O. Box 720426
Orlando, FL 32872-0426
Phone: (407) 275-6969
Fax: (407) 275-6969
Fin #46-3371787

## INVOICE

Invoice #HIS-2014000611
6/2/2014

Original Date: 5/23/2014

Ryan Santurri
ALLEN DYER DOPPELT
255 South Orange Ave. Suite 1400
Orlando, FL 32801

**Case Number: Orange 2:13-CV-00792-SPC-DNF**

Plaintiff:
**CHICO'S FAS, INC.**

Defendant:
**1654754 ONTARIO, INC. D/B/A WINK INTIMATES, ET AL.**

Received: 5/8/2014   Served: 5/23/2014 10:50 am  .AUTHORIZED
To be served on: L BRANDS, INC. C/O THE CORPORATION TRUST COMPANY, REGISTERED AGENT,
CORPORATION TRUST CENTER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| SERVICE FEE OUT OF STATE | 1.00 | 122.00 | 122.00 |
| TOTAL CHARGED: | | | $122.00 |

| | |
|---|---|
| **BALANCE DUE:** | $122.00 |

Whoever loves instruction loves knowledge, But he who hates correction is stupid.
PROVERBS 12:1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**HALE PROCESS SERVICES**
P.O. Box 720426
Orlando, FL 32872-0426
Phone: (407) 275-6969
Fax: (407) 275-6969
Fin #46-3371787

# INVOICE

Invoice #HIS-2014000610
6/2/2014

Original Date: 5/23/2014

Ryan Santurri
ALLEN DYER DOPPELT
255 South Orange Ave. Suite 1400
Orlando, FL 32801

**Case Number: Orange 2:13-CV-00792-SPC-DNF**

Plaintiff:
**CHICO'S FAS, INC.**

Defendant:
**1654754 ONTARIO, INC. D/B/A WINK INTIMATES, ET AL.**

Received: 5/8/2014   Served: 5/23/2014 10:50 am  .AUTHORIZED
To be served on: OSP GROUP, L.P., C/O THE CORPORATION TRUST COMPANY, REGISTERED AGENT,
CORPORATION TRUST CENTER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE OUT OF STATE | 1.00 | 122.00 | 122.00 |
| TOTAL CHARGED: | | | $122.00 |

**BALANCE DUE:** $122.00

Whoever loves instruction loves knowledge, But he who hates correction is stupid.
PROVERBS 12:1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**HALE PROCESS SERVICES**
P.O. Box 720426
Orlando, FL 32872-0426
Phone: (407) 275-6969
Fax: (407) 275-6969
Fin #46-3371787

# INVOICE

**Invoice #HIS-2014000609**
6/2/2014

Ryan Santurri
ALLEN DYER DOPPELT
255 South Orange Ave. Suite 1400
Orlando, FL 32801

**Case Number: Orange 2:13-CV-00792-SPC-DNF**

Plaintiff:
**CHICO'S FAS, INC.**

Defendant:
**1654754 ONTARIO, INC. D/B/A WINK INTIMATES, ET AL.**

Received: 5/8/2014   Served: 5/27/2014 9:55 am  .CORPORATE
To be served on: JODEE,INC., C/O STEVEN ALTMAN REGISTERED AGENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (FLORIDA) | 1.00 | 57.00 | 57.00 |
| TOTAL CHARGED: | | | $57.00 |
| **BALANCE DUE:** | | | $57.00 |

Whoever loves instruction loves knowledge, But he who hates correction is stupid.
PROVERBS 12:1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# Delaware Attorney Services LLC



**Delaware Attorney Services**

Delaware Attorney Services LLC
3516 Silverside Road Suite 16
Wilmington, DE  19810

(302)429-0657
delatty@comcast.net

## Invoice

| Date | Invoice No. |
|------|-------------|
| 06/10/2014 | 4352 |
| | Terms |
| | Due on receipt |

**Bill To**

Allen, Dyer, Doppelt, Milbrath & Gilchrist PA
255 South Orange Ave., Suite 1401
Orlando, FL  32801
Attn:  Tina English

| Amount Due | Enclosed |
|------------|----------|
| $65.00 | |

Please detach top portion and return with your payment.

| Case Caption | Case # | Reference # |
|--------------|--------|-------------|
| Chico's FAS v 1654754 Ontario | 2:13-cv-00792-SPC-DNF | 2:13-cv-00792 |

| Activity | Amount |
|----------|--------|
| • Wacoal America Inc. | 65.00 |
| | |
| | |
| **Total** | **$65.00** |

Delaware Attorney Services LLC                Tax ID No. 45-2773457                www.theprocessservers.com

**HALE PROCESS SERVICES**
P.O. Box 720426
Orlando, FL 32872-0426
Phone: (407) 275-6969
Fax: (407) 275-6969
Fin #46-3371787

# INVOICE

Invoice #HIS-2014000615
7/1/2014

Ryan Santurri
ALLEN DYER DOPPELT
255 South Orange Ave. Suite 1400
Orlando, FL 32801

**Case Number: Orange 2:13-CV-00792-SPC-DNF**

Plaintiff:
**CHICO'S FAS, INC.**

Defendant:
**1654754 ONTARIO, INC. D/B/A WINK INTIMATES, ET AL.**

Received: 5/8/2014   Served: 5/23/2014 11:30 am  .INDIVIDUAL/PERSONAL
To be served on: AMOENA USA CORPORATION C/O CHRISTINA WEBB REGISTERED AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE OUT OF STATE | 1.00 | 122.00 | 122.00 |
| TOTAL CHARGED: | | | $122.00 |

**BALANCE DUE:** $122.00

Whoever loves instruction loves knowledge, But he who hates correction is stupid.
PROVERBS 12:1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

# INVOICE



Invoice #MIC-2014013048
12/15/2015

Original Date: 11/25/2014

Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 S. Orange Ave
Ste. 1401
Orlando, FL 90201

Reference Number: Chico's Fas, Inc vs 1654754 Ontario, Inc
Your Contact: Melissa G. Hill
**Case Number: Middle 2:13-CV-792-SPC-DNF**

Plaintiff:
**Chico's FAS, INC.**

Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

Received: 11/17/2014   Non-Served: 11/19/2014 .NON-SERVE - COMMENTS
To be served on: Brazabra Corporation c/o Theodore Davis

## ITEMIZED LISTING

| Line Item | | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Rush Service Fee (Statewide) | | | 1.00 | 275.00 | 275.00 |
| TOTAL CHARGED: | | | | | $275.00 |
| 12/17/2014 | Check #52686 | Final Payment | | | 275.00 |
| **BALANCE DUE:** | | | | | **$0.00** |

Thank you for your business!

CHECK OUT OUR WEBSITE! - www.eaglelegalservices.com

You can pay online (All major credit/debit cards and PayPal accepted), schedule a pickup, summons calculator, view
status, re-print Affidavits / Invoices and more!

Please make checks payable to: **EAGLE LEGAL SERVICES.** Tax ID - 20-4853290.

**LATE PAYMENT POLICY** - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period
Thereafter.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

EAGLE LEGAL SERVICES
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

## INVOICE



**Invoice #MIC-2014013142**
**11/26/2014**

Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 S. Orange Ave
Ste. 1401
Orlando, FL 90201

#120509

Reference Number: Chico's Fas, Inc vs 1654754 Ontario, Inc
Your Contact: Melissa G. Hill
**Case Number: Middle 2:13-CV-792-SPC-DNF**

Plaintiff:
**Chico's FAS, INC.**

Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

Received: 11/20/2014    Served: 11/21/2014 1:30 pm .AUTHORIZED
To be served on: HBI Branded Apparel Limited, Inc. c/o Corporation Service Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Nationwide) | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:**
$175.00

CHECK OUT OUR NEW WEBSITE! - eaglelegalservices.com

You can pay online (PayPal and all major cards accepted), schedule a pickup, summons calculator, view status, re-print Affidavits / invoices and more!

Please make checks payable to: **EAGLE LEGAL SERVICES**. Tax ID - 20-4853290.

LATE PAYMENT POLICY - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V8 5m

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

# INVOICE



Invoice #MIC-2014013047
11/26/2014

Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 S. Orange Ave
Ste. 1401
Orlando, FL 90201



Reference Number: Chico's Fas, Inc vs 1654754 Ontario, Inc
Your Contact: Melissa G. Hill
**Case Number: Middle 2:13-CV-792-SPC-DNF**

Plaintiff:
**Chico's FAS, INC.**

Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

Received: 11/17/2014    Served: 11/19/2014 10:26 am .INDIVIDUAL/PERSONAL - ALT. AD
To be served on: David A. Berner d/b/a Shapez, LLC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee (12306 Pissaro Drv N. Potomac Maryland) | 1.00 | 295.00 | 295.00 |
| TOTAL CHARGED: | | | $295.00 |

**BALANCE DUE:** $295.00

**CHECK OUT OUR NEW WEBSITE! - eaglelegalservices.com**

**You can pay online (PayPal and all major cards accepted), schedule a pickup, summons calculator, view status, re-print Affidavits / invoices and more!**

Please make checks payable to: **EAGLE LEGAL SERVICES**. Tax ID - 20-4853290.

**LATE PAYMENT POLICY** - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
**Orlando, FL 32801**
**Phone: (407) 857-8380**
Fax: (407) 251-9274
20-4853290

## INVOICE



**Invoice #MIC-2014013166**
**12/2/2014**



Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 S. Orange Ave
Ste. 1401
Orlando, FL 90201

Reference Number: Chico's Fas, Inc vs 1654754 Ontario, Inc
Your Contact: Melissa G. Hill
**Case Number: Middle 2:13-CV-792-SPC-DNF**

Plaintiff:
**Chico's FAS, INC.**

Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

Received: 11/20/2014    Served: 11/21/2014 1:55 pm  .AUTHORIZED
To be served on: Wal-Mart Stores, Inc. c/o Corporation Trust Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Nationwide) | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:** $175.00

CHECK OUT OUR NEW WEBSITE! - eaglelegalservices.com

You can pay online (PayPal and all major cards accepted), schedule a pickup, summons calculator, view status, re-print Affidavits / invoices and more!

Please make checks payable to: EAGLE LEGAL SERVICES. Tax ID - 20-4853290.

LATE PAYMENT POLICY - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**EAGLE LEGAL SERVICES**
**424 E. Central Blvd.**
**#337**
**Orlando, FL 32801**
**Phone: (407) 857-8380**
**Fax: (407) 251-9274**
**20-4853290**

# INVOICE




**Invoice #MIC-2014013058**
**12/19/2014**

Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 S. Orange Ave
Ste. 1401
Orlando, FL 90201

Reference Number: Chico's Fas, Inc vs 1654754 Ontario, Inc
Your Contact: Melissa G. Hill
**Case Number: Middle 2:13-CV-792-SPC-DNF**

Plaintiff:
**Chico's FAS, INC.**

Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

Received: 11/17/2014    Served: 11/20/2014 3:15 pm  .AUTHORIZED
To be served on: Glamorise Foundations, Inc.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee (12306 Pissaro Drv N. Potomac Maryland ) | 1.00 | 305.00 | 305.00 |
| TOTAL CHARGED: | | | $305.00 |

**BALANCE DUE:** **$305.00**

CHECK OUT OUR NEW WEBSITE! - eaglelegalservices.com

You can pay online (PayPal and all major cards accepted), schedule a pickup, summons calculator, view
status, re-print Affidavits / invoices and more!

Please make checks payable to: EAGLE LEGAL SERVICES. Tax ID - 20-4853290.

LATE PAYMENT POLICY - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day
Period Thereafter.

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5m

**EAGLE LEGAL SERVICES**
**424 E. Central Blvd.**
**#337**
**Orlando, FL 32801**
**Phone: (407) 857-8380**
**Fax: (407) 251-9274**
20-4853290

## INVOICE



Invoice #MIC-2014013044
3/16/2015

Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 S. Orange Ave
Ste. 1401
Orlando, FL 90201

Reference Number: Chico's Fas, Inc vs 1654754 Ontario, Inc
Your Contact: Melissa G. Hill
**Case Number: Middle 2:13-CV-792-SPC-DNF**

Plaintiff:
**Chico's FAS, INC.**

Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

Received: 11/17/2014    Non-Served: 1/15/2015  .NON-SERVE - COMMENTS
To be served on: Carol Wior

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee (7533 S Garfield Ave Bell Gardens FL 90201) | 1.00 | 390.00 | 390.00 |
| Skip Trace | 1.00 | 90.00 | 90.00 |
| Rush Service Fee (131 N. Hamilton Dr, Apt 204, Beverly Hill) | 1.00 | 390.00 | 390.00 |
| TOTAL CHARGED: | | | $870.00 |

**BALANCE DUE:**                                               **$870.00**

**CHECK OUT OUR WEBSITE! - www.eaglelegalservices.com**

**You can pay online (All major credit/debit cards and PayPal accepted), schedule a pickup, summons calculator, view status, re-print Affidavits / invoices and more!**

Please make checks payable to: **EAGLE LEGAL SERVICES**. Tax ID - 20-4853290.

**LATE PAYMENT POLICY** - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5m

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 2:13-CV-792-SPC-DNF

Plaintiff:
**Chico's FAS, INC.**
vs.
Defendant:
**1654754 Ontario, Inc. d/b/a Wink Intimates**

MIC2014013044

For: Allison Imber, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.

Received by EAGLE LEGAL SERVICES on the 17th day of November, 2014 at 5:07 pm to be served on **Carol Wior, 131 N. Hamilton Dr, Apt 204, Beverly Hills, CA 90211.** I, _Miguel Lopez_, being duly sworn, depose and say that on the _9th_ day of _March_, 20_15_ at _12:00_.m., executed service by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g), DEFINITIONS, DOCUMENTS TO BE PRODUCED** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY STATUS: Based upon personal knowledge from inquiry of the party served, defendant IS NOT IN the military service.

**COMMENTS:** _See Attached_

# EXHIBIT 3



**TRANSPERFECT**
LEGAL SOLUTIONS

**Bill To:**

Allen Dyer Doppelt Milbrath & Gilchrist
Attn: Ryan Santurri
255 South Orange Avenue
Suite 1401
Orlando, FL 32801
USA

**Requested By:**

Ryan Santurri
Allen Dyer Doppelt Milbrath & Gilchrist
255 South Orange Avenue
Suite 1401
Orlando, FL 32801
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 719237 | **Sales Contact:** | Carrie Russ (cruss@transperfect.com) |
| **Invoice Date:** | 11/30/2014 | | |
| **Invoice Due:** | 12/30/2014 | **Payment Terms:** | Net 30 |
| **Contract #:** | **tpt647440** | **Purchase Order #:** | |

**Project Notes:**

In the matter of Chico's FAS, Inc vs. 1654754 Ontario, Inc
Deposition of Emily Suess, taken 11/18/2014 (Fort Myers, FL)
RB 12940

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Deposition Services | | | | |
| Certified Copy | 299.00 | Page | 3.50 | 1,046.50 |
| Electronic Version Only | | | | |
| Exhibits | 1,340.00 | Page | 0.25 | 335.00 |
| PDF Version Only | | | | |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 1,381.50 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$ 1,381.50 |

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** TransPerfect Translations International Inc. Attn.: Accounts Receivable Three Park Avenue, 39th Floor New York, NY 10016 | **Wire Transfer Details:** Citibank, N.A. A/C #: 06541211 ABA Routing #: 021000089 SWIFT CODE: CITIUS33 Tax ID #: 13-3686771 |

**Please reference the Contract # tpt647440 and Invoice # 719237 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Allen Dyer Doppelt Milbrath & Gilchrist
Attn: Ryan Santurri
255 South Orange Avenue
Suite 1401
Orlando, FL 32801
USA

**Requested By:**

Ryan Santurri
Allen Dyer Doppelt Milbrath & Gilchrist
255 South Orange Avenue
Suite 1401
Orlando, FL 32801
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 719234 | **Sales Contact:** | Carrie Russ |
| **Invoice Date:** | 11/30/2014 | | (cruss@transperfect.com) |
| **Invoice Due:** | 12/30/2014 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt647487 | **Purchase Order #:** | |

**Project Notes:**

In the matter of Chico's FAS, Inc vs. 1654754 Ontario, Inc
Deposition of Cindy Tiranayake, David May and Donna Mines, taken 11/19/2014 (Fort Myers, FL)
RB 12941

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Cindy Tiranayake | | | | |
| Certified Copy | 99.00 | Page | 3.50 | 346.50 |
| Electronic Version Only | | | | |
| Exhibits | 2.00 | Page | 0.25 | 0.50 |
| PDF Version Only | | | | |
| David May | | | | |
| Certified Copy | 38.00 | Page | 3.50 | 133.00 |
| Electronic Version Only | | | | |
| Exhibits | 21.00 | Page | 0.25 | 5.25 |
| PDF Version Only | | | | |
| Donna Mines | | | | |
| Certified Copy | 112.00 | Page | 3.50 | 392.00 |
| Electronic Version Only | | | | |
| Exhibits | 67.00 | Page | 0.25 | 16.75 |
| PDF Version Only | | | | |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 2

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 894.00 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$ 894.00 |

## PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt647487 and Invoice # 719234 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



ESQUIRE

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

### *Invoice # ESQ240293*

| | |
|---|---|
| **Invoice Date** | 01/13/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 02/12/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/06/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 259651 | 01/12/2015 | E-MAIL |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/06/2015, ANDREA CLAIR (TAMPA, FL) | | |
| APPEARANCE FIRST HOUR | $ 93.00 | $ 93.00 |
| APPEARANCE FEE ADDITIONAL HOURS (7 Hours) | $ 60.00 | $ 420.00 |
| | | $ 513.00 |
| | | |
| Services Provided on 01/06/2015, ANASTASIOS KOSKINAS (TAMPA, FL) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (94 Pages) | $ 5.87 | $ 551.78 |
| EXHIBITS | $ 22.60 | $ 22.60 |
| VIDEO | $ 1,325.00 | $ 1,325.00 |
| CONDENSED TRANSCRIPT | $ 16.00 | $ 16.00 |
| APPEARANCE FEE AFTER HOUR ADDITIONAL HOUR (2 Hours) | $ 70.00 | $ 140.00 |
| | | $ 2,055.38 |

*SHIPPED TO: SANTURRI, RYAN T. ESQ*
*SUITE 1401*
*255 SOUTH ORANGE AVENUE*
*ORLANDO, FL 32801*
*MATTER NUMBER: 0120509*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 5-DAY EXPEDITED RATE.*
*EMAIL ONLY*
*VIDEO SERVICE PROVIDED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/27/2015** | **$ 2,568.38** |
| Amount Due After 02/27/2015 | $ 2,825.22 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



ESQUIRE
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ240293 |
| Payment Due: | 02/12/2015 |
| **Amount Due On/Before 02/27/2015** | **$ 2,568.38** |
| Amount Due After 02/27/2015 | $ 2,825.22 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000240293  01132015  4  000256838  2  02122015  02272015  2  000282522  91

# INVOICE

Barbara Perry and Company
Post Office Box 737
Orlando, FL  32802
Phone:407-422-2953    Fax:407-422-2990

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17084 | 3/3/2015 | 12259 |

| Job Date | Case No. | |
|---|---|---|
| 2/25/2015 | 2:13-CV-00792-SPC-DNF | |

| Case Name | |
|---|---|
| Chico's Fas, Inc. vs. 1654754 Ontario, Inc. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Ryan T. Santurri, Esquire
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S. Orange Ave., Suite 1401
Orlando, FL  32801

| ORIGINAL TRANSCRIPT OF: | | |
|---|---|---|
| Adam J. Falconer | 243.00 Pages | 1,032.75 |
| Reporter Attendance | | 500.00 |
| Rough Draft ASCII | 240.00 Pages | 420.00 |
| Delivery | | 6.00 |
| | **TOTAL DUE >>>** | **$1,958.75** |

Thank you. We appreciate your business. We now take Visa and Master card.
PLEASE NOTE:  PAYMENT IS NOT CONTINGENT UPON CLIENT REIMBURSEMENT.

9:00 to 5:40 p.m. - SW

E-Tran emailed to Mr. Santurri

**Tax ID:** 59-2564672

*Please detach bottom portion and return with payment.*

Ryan T. Santurri, Esquire
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S. Orange Ave., Suite 1401
Orlando, FL  32801

| | | |
|---|---|---|
| Invoice No. | : | 17084 |
| Invoice Date | : | 3/3/2015 |
| **Total Due** | : | **$ 1,958.75** |

Remit To:  **Barbara Perry and Company**
**Post Office Box 737**
**Orlando, FL  32802**

| | | |
|---|---|---|
| Job No. | : | 12259 |
| BU ID | : | LOCKBOX |
| Case No. | : | 2:13-CV-00792-SPC-DNF |
| Case Name | : | Chico's Fas, Inc. vs. 1654754 Ontario, Inc. |

# INVOICE

**Stewart Richardson**

DEPOSITION SERVICES

800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 164702 | 2/12/2015 | 95656 |

| Job Date | Case No. | |
|---|---|---|
| 2/12/2015 | | |

| Case Name | | |
|---|---|---|
| Chico's SAS, Inc. v. Wink | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ryan Santurri
ALLEN DYER DOPPELT MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue
Suite 1401
Orlando FL  32801

APPEARANCE FEE:

Ben Clark

150.00

**TOTAL DUE  >>>**    **$150.00**
AFTER 3/14/2015  PAY     $157.50

Thank you.  Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID: 35-1381218**

*Please detach bottom portion and return with payment.*

Ryan Santurri
ALLEN DYER DOPPELT MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue
Suite 1401
Orlando FL  32801

Job No.    : 95656          BU ID       :SRA
Case No.   :
Case Name  : Chico's SAS, Inc. v. Wink

Invoice No.  : 164702          Invoice Date :2/12/2015
**Total Due  : $ 150.00**
AFTER 3/14/2015  PAY  $157.50

Remit To: **Stewart Richardson Deposition Services
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:



**ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

### *Invoice # ESQ256980*

| Invoice Date | 02/13/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/15/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/08/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 259651 | 02/12/2015 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/08/2015, ANDREA CLAIR (TAMPA, FL) | | |
| VIDEO | $ 68.00 | $ 1,360.00 |
| | | $ 1,360.00 |
| Services Provided on 01/06/2015, ANASTASIOS KOSKINAS (TAMPA, FL) | | |
| VIDEO | $ 68.00 | $ 680.00 |
| | | $ 680.00 |

*SHIPPED TO: SANTURRI, RYAN T. ESQ*
*SUITE 1401*
*255 SOUTH ORANGE AVENUE*
*ORLANDO, FL 32801*
*MATTER NUMBER: 0120509*
*VIDEO SHIPPED*

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 03/30/2015** | | **$ 2,040.00** |
| Amount Due After 03/30/2015 | | $ 2,244.00 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**


VISA

# ESQUIRE
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ256980 |
| Payment Due: | 03/15/2015 |
| **Amount Due On/Before 03/30/2015** | **$ 2,040.00** |
| Amount Due After 03/30/2015 | $ 2,244.00 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000256980  02132015  2  000204000  4  03152015  03302015  7  000224400  62

 **ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Tax Number:   45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009



RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

### *Invoice # ESQ251677*

| | |
|---|---|
| **Invoice Date** | 02/03/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 03/05/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/06/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 265634 | 02/03/2015 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/06/2015, ANDREA CLAIR (TAMPA, FL) | | |
| ROUGH ASCII | $ 615.00 | $ 615.00 |
| | | $ 615.00 |

*MATTER NUMBER: 0120509*
***ROUGH DRAFT PROVIDED***

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/20/2015** | **$ 615.00** |
| Amount Due After 03/20/2015 | $ 676.50 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ251677 |
| Payment Due: | 03/05/2015 |
| **Amount Due On/Before 03/20/2015** | **$ 615.00** |
| Amount Due After 03/20/2015 | $ 676.50 |

**ESQUIRE**

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000251677  02032015  1  000061500  3  03052015  03202015  3  000067650  65



**ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:  45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

### Invoice # ESQ246297

| | |
|---|---|
| **Invoice Date** | 01/27/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 02/26/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/08/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 265634 | 01/26/2015 | E-MAIL |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/06/2015, ANDREA CLAIR (TAMPA, FL) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (62 Pages) | $ 4.35 | $ 269.70 |
| EXHIBITS | $ 23.45 | $ 23.45 |
| | | $ 293.15 |
| Services Provided on 01/06/2015, ANDREA CLAIR (TAMPA, FL) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (238 Pages) | $ 4.35 | $ 1,035.30 |
| | | $ 1,035.30 |

*MATTER NUMBER: 0120509*
*ETRAN ONLY*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 03/13/2015** | | **$ 1,328.45** |
| Amount Due After 03/13/2015 | | $ 1,461.30 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



**ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ246297 |
| Payment Due: | 02/26/2015 |
| **Amount Due On/Before 03/13/2015** | **$ 1,328.45** |
| Amount Due After 03/13/2015 | $ 1,461.30 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000246297  01272015  9  000132845  2  02262015  03132015  7  000146130  61

 **ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

### Invoice # ESQ242445

| | |
|---|---|
| **Invoice Date** | 01/16/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 02/15/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/07/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 259632 | 01/16/2015 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/07/2015, ANDREA CLAIR (TAMPA, FL) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (35 Pages) | $ 5.87 | $ 205.45 |
| EXHIBITS | $ 38.10 | $ 38.10 |
| APPEARANCE FIRST HOUR | $ 93.00 | $ 93.00 |
| APPEARANCE FEE ADDITIONAL HOURS (5.50 Hours) | $ 60.00 | $ 330.00 |
| | | $ 666.55 |
| Services Provided on 01/07/2015, ANDREA CLAIR (TAMPA, FL) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (207 Pages) | $ 5.87 | $ 1,215.09 |
| VIDEO | $ 822.50 | $ 822.50 |
| | | $ 2,037.59 |

SHIPPED TO: SANTURRI, RYAN T. ESQ
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801
MATTER NUMBER: 0120500
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 5-DAY EXPEDITED RATE.
VIDEO SERVICE PROVIDED
EMAIL ONLY

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/02/2015** | **$ 2,704.14** |
| Amount Due After 03/02/2015 | $ 2,974.55 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER

**ESQUIRE**
SOLUTIONS

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

| | |
|---|---|
| Invoice #: | ESQ242445 |
| Payment Due: | 02/15/2015 |
| **Amount Due On/Before 03/02/2015** | **$ 2,704.14** |
| Amount Due After 03/02/2015 | $ 2,974.55 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000242445  01162015  9  000270414  8  02152015  03022015  7  000297455  72

 **ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

### *Invoice # ESQ256732*

| | |
|---|---|
| **Invoice Date** | 02/12/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 03/14/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/07/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 259632 | 02/12/2015 | FED EX |

| Description | | Price | Amount |
|---|---|---|---|
| Services Provided on 01/07/2015, ANDREA CLAIR (TAMPA, FL) | | | |
| VIDEO | | $ 68.00 | $ 442.00 |
| | | | $ 442.00 |

*MATTER NUMBER: 0120509*
*VIDEO SERVICE PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/29/2015** | **$ 442.00** |
| Amount Due After 03/29/2015 | $ 486.20 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

 **VISA** AmericanExpress DISCOVER AMERICAN

**ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ256732 |
| Payment Due: | 03/14/2015 |
| **Amount Due On/Before 03/29/2015** | **$ 442.00** |
| Amount Due After 03/29/2015 | $ 486.20 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**



200  0000256732  02122015  2  000044200  2  03142015  03292015  4  000048620  30

 **ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

## *Invoice # ESQ250923*

| Invoice Date | 02/02/2015 |
| --- | --- |
| Terms | NET 30 |
| Payment Due | 03/04/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 01/22/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 264817 | 01/31/2015 | FED EX |

| Description | Price | Amount |
| --- | --- | --- |
| Services Provided on 01/22/2015, BEVERLY JOHNSON (ORLANDO, FL) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (252 Pages) | $ 4.50 | $ 1,134.00 |
| EXHIBITS | $ 108.95 | $ 108.95 |
| VIDEO | $ 880.00 | $ 880.00 |
| APPEARANCE FIRST HOUR | $ 60.00 | $ 60.00 |
| APPEARANCE FEE ADDITIONAL HOURS (6 Hours) | $ 31.50 | $ 189.00 |
| | | $ 2,371.95 |

*MATTER NUMBER: 0120509*
*ETRAN ONLY*

| | | |
| --- | --- | --- |
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 03/19/2015** | | **$ 2,371.95** |
| Amount Due After 03/19/2015 | | $ 2,609.15 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number:   45-3463120      Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

 VISA MasterCard DISCOVER



**ESQUIRE**

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

| Invoice #: | ESQ250923 |
| --- | --- |
| Payment Due: | 03/04/2015 |
| **Amount Due On/Before 03/19/2015** | **$ 2,371.95** |
| Amount Due After 03/19/2015 | $ 2,609.15 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**



200  0000250923  02022015  5  000237195  5  03042015  03192015  0  000260915  16



**ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
solutions

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### *Invoice # ESQ253154*

| | |
|---|---|
| Invoice Date | 02/05/2015 |
| Terms | NET 30 |
| Payment Due | 03/07/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/22/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 264817 | 02/05/2015 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/22/2015, BEVERLY JOHNSON (ORLANDO, FL) | | |
| ROUGH ASCII | $ 515.00 | $ 515.00 |
| | | $ 515.00 |

*MATTER NUMBER: 0120509*
*\*\*\*ROUGH DRAFT PROVIDED\*\*\**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/22/2015** | **$ 515.00** |
| Amount Due After 03/22/2015 | $ 566.50 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

 VISA AMERICAN EXPRESS DISCOVER

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ253154 |
| Payment Due: | 03/07/2015 |
| **Amount Due On/Before 03/22/2015** | **$ 515.00** |
| Amount Due After 03/22/2015 | $ 566.50 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000253154  02052015  8  000051500  1  03072015  03222015  5  000056650  97



**TRANSPERFECT**
DEPOSITION SERVICES

| | | | |
|---|---|---|---|
| Bill To: | | Requested By: | |
| Allen Dyer Doppelt Milbrath & Gilchrist | | Ryan Santurri | |
| Attn: Ryan Santurri | | Allen Dyer Doppelt Milbrath & Gilchrist | |
| 255 South Orange Avenue | | 255 South Orange Avenue | |
| Suite 1401 | | Suite 1401 | |
| Orlando, FL 32801 | | Orlando, FL 32801 | |
| USA | | USA | |

| | | | |
|---|---|---|---|
| Invoice #: | 753207 | Sales Contact: | Carrie Russ (cruss@transperfect.com) |
| Invoice Date: | 03/06/2015 | Payment Terms: | Net 30 |
| Invoice Due: | 04/05/2015 | | |
| Contract #: | **tpt679569** | Purchase Order #: | |

Project Notes:
In the matter of Chico's FAS, Inc vs. 1654754 Ontario, Inc
Deposition of Justin Lewis, taken 2/26/2015 (Orlando, FL)
RB 13577

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Certified Copy | 327.00 | Page | 3.50 | 1,144.50 |
| Delivery | 1.00 | Fee | 21.00 | 21.00 |
| Exhibits | 418.00 | Page | 0.25 | 104.50 |
| PDF Version Only | | | | |

| | |
|---|---|
| Total to Bill This Contract: | US$1,270.00 |
| Tax Amount: | US$0.00 |
| Total Amount Due: | **US$1,270.00** |

| PAYMENT INSTRUCTIONS |
|---|
| Direct Bank Transfer |

Please remit payment to:
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Wire Transfer Details:
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt679569 and Invoice # 753207 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.



**Orlando**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Tax Number:  45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

## *Invoice # ESQ261115*

| | |
|---|---|
| **Invoice Date** | 02/20/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 03/22/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/22/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 264817 | 02/20/2015 | FED EX |

| Description | | Price | Amount |
|---|---|---|---|
| Services Provided on 01/22/2015, BEVERLY JOHNSON (ORLANDO, FL) | | | |
| VIDEO | | $ 68.00 | $ 476.00 |
| | | | $ 476.00 |
| SHIPPING | | | $ 25.00 |
| | | | $ 25.00 |

*MATTER NUMBER: 0120509*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/06/2015** | **$ 501.00** |
| Amount Due After 04/06/2015 | $ 551.10 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



**VISA**   

| | |
|---|---|
| Invoice #: | ESQ261115 |
| Payment Due: | 03/22/2015 |
| **Amount Due On/Before 04/06/2015** | **$ 501.00** |
| Amount Due After 04/06/2015 | $ 551.10 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000261115  0202015  6  000050100  9  03222015  04062015  1  000055110  03



**ESQUIRE**

Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # ESQ261632*

| | |
|---|---|
| Invoice Date | 02/23/2015 |
| Terms | NET 30 |
| Payment Due | 03/25/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/11/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 280080 | 02/20/2015 | E-MAIL |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 02/11/2015, KARIN YNGVESTDOTTER | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (211 Pages) | $ 4.50 | $ 949.50 |
| EXHIBITS | $ 186.00 | $ 186.00 |
| APPEARANCE FEE FULL DAY | $ 132.00 | $ 132.00 |
| SUMMARY | $ 105.00 | $ 105.00 |
| | | $ 1,372.50 |

MATTER NUMBER: 0120509
PLEASE NOTE:  E-MAILED TO  RSANTURRI@ADDMG.COM;shotz@addmg.com

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/09/2015** | **$ 1,372.50** |
| Amount Due After 04/09/2015 | $ 1,509.75 |

---

**Tax Number:**   45-3463120



**ESQUIRE**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



| | |
|---|---|
| Invoice #: | ESQ261632 |
| Payment Due: | 03/25/2015 |
| **Amount Due On/Before 04/09/2015** | **$ 1,372.50** |
| Amount Due After 04/09/2015 | $ 1,509.75 |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200 0000261632 02232015 6 000137250 0 03252015 04092015 8 000150975 80



Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Tax Number:   45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ262472

| | |
|---|---|
| Invoice Date | 02/24/2015 |
| Terms | NET 30 |
| Payment Due | 03/26/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/13/2015 | CHICO'S FAS vs. 1654754 ONTARIO DBA WINK IN | 280085 | 02/24/2015 | E-MAIL |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 02/13/2015, JOYCE BARAN | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (288 Pages) | $ 3.50 | $ 1,008.00 |
| EXHIBITS | $ 807.00 | $ 807.00 |
| | | $ 1,815.00 |

*MATTER NUMBER: 0120509*
*E-MAILED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |

**Amount Due On/Before 04/10/2015**    **$ 1,815.00**

Amount Due After 04/10/2015    $ 1,996.50

---

**Tax Number:   45-3463120**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**





| | |
|---|---|
| Invoice #: | ESQ262472 |
| Payment Due: | 03/26/2015 |

**Amount Due On/Before 04/10/2015**    **$ 1,815.00**

Amount Due After 04/10/2015    $ 1,996.50

RYAN SANTURRI ,ESQ.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
SUITE 1401
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Thank you for your business!**

200  0000262472  02242015  0  000181500  6  03262015  04102015  2  000199650  07



## *Invoice* **INV0544328**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | |
|---|---|---|
| **Date** | 7/23/2015 | |
| **Terms** | Net 30 | |
| **Due Date** | 8/22/2015 | |

| | |
|---|---|
| **Client Number** | C00201 |
| **Esquire Office** | Orlando |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | Matter #0120509 |
| **Client Claim/Matter #** | Matter #0120509 |
| **Date of Loss** | |

**Bill To**

Allen Dyer Doppelt Milbrath & Gilchrist - Orlando
255 South Orange Avenue, #1401
Orlando FL 32801

**Services Provided For**

Gilchrist, Brian R
255 South Orange Avenue
Suite 1401
Orlando FL 32801

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/9/2015 | J0134334 | WASHINGTON, DISTRICT OF COL... | Chico's FAS, Inc., v. 1654754 Ontario, Inc., d/b/a Wink Intimates, |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| HANDLING FEE | Adam Falconer | 1 | 30.00 | 30.00 |
| TRANSCRIPT - O&1-EXP-WI | Adam Falconer | 168 | 4.25 | 714.00 |
| NEXT DAY EXPEDITE | Adam Falconer | | | 714.00 |
| Exhibits | Adam Falconer | 1 | 0.50 | 0.50 |
| WITNESS READ & SIGN LETTER | Adam Falconer | 1 | 0.00 | 0.00 |

| | |
|---|---|
| **Subtotal** | 1,458.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,458.50 |
| **Amount Due** | $1,458.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Allen Dyer Doppelt Milbrath & G... |
| **Client #** | C00201 |
| **Invoice #** | INV0544328 |
| **Invoice Date** | 7/23/2015 |
| **Due Date** | 8/22/2015 |
| **Amount Due** | $ 1,458.50 |

# EXHIBIT 4



**FedEx Office is your destination**
**for printing and shipping.**

        3269 HOLLYWOOD BLVD
        Hollywood, FL 33021
        Tel: (954) 985-0411

5/28/2014            12:52:21 PM EST
Team Member: Kellie P.

              SALE

CLR 1S on 32# Wht      21 @    0.6900 T
  000224 Reg. Price    0.69

    Regular Total     14.49
    Discounts          0.00

    Total             14.49


Sub-Total                     14.49
Tax                            0.87
Deposit                        0.00

Total                         15.36

Cash                          20.00

    Total Tender              20.00
    Change Due               (4.64)


    Total Discounts    0.00

```
*  1 5 5 5 0 0 3 7 9 2 2  *
```

    Tell us how we're doing and receive
    $5 off your next $25 print order
    fedex.com/welisten or 1-800-398-0242
    Offer Code:____ Offer expires 6/30/14


         Thank you for visiting

              FedEx Office
    Make It. Print It. Pack It. Ship It.
           fedex.com/office



Professional Litigation Support, LLC
100 East Pine Street
Suite 607
Orlando, Florida 32801
407-286-2988 / 407-538-9733

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2014 | 1306 |

**Bill To**

Allen, Dyer
255 South Orange Ave
SUite 1401
Orlando, Fl 32801

**Ship To**

| File / Client # | Terms | Rep | Ship | Job # | Ordered By |
|-----------------|-------|-----|------|-------|------------|
| 120509 | Net 30 | MAT | 7/29/2014 | 7065-14 | Ryan |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 108 | Scanning Color 11" | Digital Color Images Created | 0.90 | 97.20 |
| 1 | Master CD | Master Disk Created | 25.00 | 25.00 |
| 1 | CD Duplicate | Copy of Disk | 15.00 | 15.00 |
| | | Catalog Scans - Chico's and VS | | |

Fed Tax ID# 36-4739169

| Total | $137.20 |
|-------|---------|
| **Balance Due** | $137.20 |



**Professional Litigation Support, LLC**
100 East Pine Street
Suite 607
Orlando, Florida 32801
407-286-2988 / 407-538-9733

# Invoice

| Date | Invoice # |
|---|---|
| 2/10/2015 | 1663 |

| Bill To |
|---|
| Allen, Dyer<br>255 South Orange Ave<br>SUite 1401<br>Orlando, Fl 32801 |

| Ship To |
|---|
| |

| File / Client # | Terms | Rep | Ship | Job # | Ordered By |
|---|---|---|---|---|---|
| Chico's Prod. | Net 30 | MAT | | 2005-15 | Ryan |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 0.8 | ESI Processing | Process Electronically Stored Information into images.(PDF,tiff etc...)<br>Convert .jpeg, .doc and .msg to .pdf - Zero pad, bates label and OCR. | 450.00 | 360.00 |
| 1 | Tech125 | Technical Labor | 125.00 | 125.00 |
| 1 | Master DVD | Master DVD Created | 35.00 | 35.00 |
| 1 | DVD | DVD - Duplicate | 25.00 | 25.00 |

*Past due payments are subject to penalty and interest charges per month.*

Fed Tax ID# 36-4739169

| **Total** | $545.00 |
|---|---|
| **Balance Due** | $545.00 |



# Professional Litigation Support, LLC

100 East Pine Street
Suite 607
Orlando, Florida 32801
407-286-2988 / 407-538-9733

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/5/2015 | 1825 |

**Bill To**

Allen, Dyer
255 South Orange Ave
SUite 1401
Orlando, Fl 32801

**Ship To**

| File / Client # | Terms | Rep | Ship | Job # | Ordered By |
|-----------------|-------|-----|------|-------|------------|
| Chicos | Net 30 | MAT | 3/6/2015 | 3025-15 | Ryan |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | Tech125 | Technical Labor - Imported all 4 video depositions.  Converted video into .avi format to be edited.  watched each depo with a highlighted transcript in hand with clips marked for editing.  had to watch video until each clip was located and cut each segment to create new video depo.  QC each clip to ensure accuracy.  Sent first round of edited version to atty for approval and changed any requests.  Total of 51 clips were created.  Prepared edit's for final cut.  Burned 3 DVD's of all video's | 125.00 | 1,250.00 |
| 1 | Master DVD | Master DVD Created | 60.00 | 60.00 |
| 2 | DVD | DVD - duplicates | 35.00 | 70.00 |

*Past due payments are subject to penalty and interest charges per month.*

Fed Tax ID# 36-4739169

| Total | $1,380.00 |
|-------|-----------|

| **Balance Due** | $1,380.00 |
|-----------------|-----------|

# EXHIBIT 5

# MicroPatent - Thomson File Histories

Thomson File Histories
1925 Ballenger Ave Ste 400
Alexandria, VA  22314-6823
US

Voice:   703-916-1500
Fax:      703-916-1727

# INVOICE

Invoice Number:  1106283
Invoice Date:     May 14, 2015
Page:             1

| Bill To: | Ship to: |
|---|---|
| ALLEN DYER DOPPELT MILBRAT ET<br>255 S. Orange Ave.<br>Suite 1401<br>Orlando, FL  32801<br>United States | Tina English<br>255 S. Orange Ave.<br>Suite 1401<br>Orlando, FL  32801<br>United States |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| A402166 | 0120509 | | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | |

| Quantity | Item | Description | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| 1.00 | SHIPPING | SHIPPING | 14.50 | 14.50 |
| 1.00 | C3100 | D622478 | 55.00 | 55.00 |
| 1.00 | C3100 | 8182310 | 55.00 | 55.00 |
| 1.00 | C3100 | 8506347 | 55.00 | 55.00 |
| | | 1 (one) certified copy of each patent | | |

Check/Credit Memo:

**PLEASE REMIT PAYMENT TO:**
MicroPatent - Thomson File Histories
39441 Treasury Center
Chicago, IL 60694-9400
United States

| | | |
|---|---|---|
| Subtotal | | 179.50 |
| Sales Tax | | |
| Total Invoice Amount | | 179.50 |
| Payment/Credit Applied | | |
| **TOTAL** | | **179.50** |

**PAYMENTS BY WIRE TRANSFER:**
Harris Trust & Savings Bank
Chicago, IL 60606
Account#: 343-061-8
ABA: 071000288   Swift Code: HATRUS44

All values represented in United States Dollar (USD)

# MicroPatent - Thomson File Histories

Thomson File Histories
1925 Ballenger Ave Ste 400
Alexandria, VA 22314-6823
US

Voice: 703-916-1500
Fax: 703-916-1727

# INVOICE

Invoice Number: 1106493
Invoice Date: Jun 11, 2015
Page: 1

| Bill To: | Ship to: |
|---|---|
| ALLEN DYER DOPPELT MILBRAT ET<br>255 S. Orange Ave.<br>Suite 1401<br>Orlando, FL 32801<br>United States | Tina English<br>255 S. Orange Ave.<br>Suite 1401<br>Orlando, FL 32801<br>United States |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| A402166 | 0120509 | | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | |

| Quantity | Item | Description | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| 1.00 | SHIPPING | SHIPPING | 17.75 | 17.75 |
| 1.00 | C1000 | D622478 - 29-300471 | 270.00 | 270.00 |
| 1.00 | C1000 | 8182310 - 12-498136 | 270.00 | 270.00 |
| 1.00 | C1000 | 8506347 - 13-417844 | 270.00 | 270.00 |
| | | Certified file history - federal express<br>overnight a.m. | | |

Check/Credit Memo:

**PLEASE REMIT PAYMENT TO:**
MicroPatent - Thomson File Histories
39441 Treasury Center
Chicago, IL 60694-9400
United States

**PAYMENTS BY WIRE TRANSFER:**
Harris Trust & Savings Bank
Chicago, IL 60606
Account#: 343-061-8
ABA: 071000288  Swift Code: HATRUS44

| | |
|---|---|
| Subtotal | 827.75 |
| Sales Tax | |
| Total Invoice Amount | 827.75 |
| Payment/Credit Applied | |
| TOTAL | 827.75 |

All values represented in United States Dollar (USD)

# EXHIBIT 6



# miltons ip
intellectual property law

203 - 2255 Carling Avenue
Ottawa, ON CANADA K2B 7Z5
Tel. 613.567.7824 Fax. 866.397.9227

accounts@miltonsip.com

November 15, 2013

**Inv #:**     **25456**

RECEIVED
NOV 1 8 2013
BY:_____

Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S. Orange Avenue
Suite 1401
Orlando, Florida 32801

RE:     **Business Name Registry Search**
     Name:    Wink Intimates    # 120509
     Your ref.:
     Our ref.:    3392-101

## FOR SERVICES RENDERED through November 15, 2013

For all professional services, advice and assistance rendered with respect to the above noted matter
including the following; all correspondence to and from client regarding business name registry search
and providing advise.

**Total Fee**

$175.00

**Total Invoice**

$175.00

**Balance Due Now (CAD)**

$175.00

Tax ID Number   805393220

Thank you for your patronage. HST Registration No. 805393220. Invoices due on receipt. Interest on overdue
accounts charged at 18% per annum (1.5% per month). We accept credit cards, wire transfers, and PayPal.
The amount due is in Canadian dollars as it appears on the invoice. Wire transfer charges are to your account.
We accept payment in U.S. and EUROs equivalent to the Canadian dollar amount.

$ 167.70
11/18/13
pm



Miltons IP Professional Corporation


**miltons ip**
intellectual property law

203 - 2255 Carling Avenue
Ottawa, ON CANADA K2B 7Z5
Tel. 613.567.7824 Fax. 866.397.9227
accounts@miltonsip.com

## PAYMENT METHODS

**The amount due:** We invoice in Canadian dollars. We require payment equivalent to the Canadian dollar value of the invoice net of all wire transfer fees which are to your account.

**Accepted payment methods:**

**Cheque:** CDN $, US $, or Euros

**PayPal:** By using our email: accounts@miltonsip.com

**Wire transfers:** Please confirm wire transfers by email to accounts@miltonsip.com, quoting:
Invoice #: **25456**
Matter #: **3392-101**

| SWIFT: | HKBCCATT | Transit: | 10031 | Sort code: 1016 |

Account numbers:  CDN $: 10031343260001
US $: 10031343260070

Beneficiary Client Name:  Miltons IP Professional Corporation

Beneficiary Financial Institution HSBC Bank Canada

Branch Address:  131 Queen Street, Ottawa, Canada, K1P 0A1

Payments can also be made by direct deposit at any HSBC worldwide

**Credit card:** Please complete, sign and return by email to accounts@miltonsip.com or by fax to 613-567-4689.

Name on card: _____

Card Type (circle):    **VISA**    **MASTERCARD**

Card number: _____    Exp date: _____

Today's Date: _____    Our file no.:    **3392-101**

**Amount:** **$175.00**

Cardholder will pay total amount shown to card issuer according to cardholder agreement with card issuer.

_____
Cardholder Signature

 The World's Favorite Currency Site

For more information, visit www.xe.com

## XE CURRENCY CONVERTER

### 175.00 CAD = 167.764 USD

Canadian Dollar ↔ US Dollar
1 CAD = 0.958649 USD     1 USD = 1.04313 CAD
Mid-market rates: 2013-11-18 17:47 UTC
FREE Wire Transfers, Click here!!

## XE Market Analysis

**North American Edition**          2013-11-18 11:16 UTC

The dollar consolidated. The EUR was slightly firmer
intra-day, leaving it near 1.3500 as last week's dovish
Yellen remarks continue to reverberate, while USD-JPY
backed from 100.50 barriers as Japanese corporate
flows picked up. The market welcomed China's ground
breaking reforms, which covered 60 different points and
included an end to the one-child policy. IPOs will now
be put in the hands of the market rather than
government and it also planned to ... Read More ►

**XE Trade**

is easy, secure, and it
works with your bank.
Send an XE Trade
Money Transfer ►

## XE Services

### Send a cheap money

### transfer ►

Looking to send money abroad? Transferring money
online is easy with XE Trade. It works with your bank and
it's free to sign up.

- Free online quotes
- Competitive exchange rates
- No-fee money transfer options
- Bid for your preferred rate

Transfer Money with XE

Trade

### Get a currency data

### feed ►

Need commercial grade rates for your business? XE
Currency Data Feed easily integrates with your system
and has guaranteed data delivery.

- 150+ global sources
- Rates for every world currency
- Accuracy with proprietary rates
- Choose frequency of updates

Order the XE Data Feed

More Tools & Services

## Featured Products

More XE Products



FREE Money Transfer
Options

Click Here ►



Currency rates for
your business

Get the XE Datafeed ►



Mobile
XE Currency Apps

## Wardah Ahsan Shahbazi

| | |
|---|---|
| **From:** | Beverly Johnson <beverlyjohnson@bell.net> |
| **Sent:** | Monday, January 05, 2015 8:28 PM |
| **To:** | Ryan Santurri |
| **Subject:** | Re: Beverly flights |

Now it's gone up to 244.98
Is this still ok?
Why don't I give you my passport info and you book it?
I really don't want to pay this ahead with my credit card
Beverly

1 traveler roundtrip:**Buffalo, NY (BUF)** to**Orlando, FL (MCO)**

| | **DepartingFlight #85** | |
|---|---|---|
| o **BUF** | | |
| o **MCO** | | |
| | 1/21 12:40 PM | |
| | 1/21 3:29 PM | |

| | **ReturningFlight #1586** | |
|---|---|---|
| o **MCO** | | |
| o **BUF** | | |
| | 1/23 9:25 AM | |
| | 1/23 11:57 AM | |

- **Airfare** (Fare restrictions)
- Fare:
  **$201.66 x 1 = $201.66**
  USD
- Taxes & Fees: USD
  **$43.32**
- **Total:** USD

# $244.98

----- Original Message -----
**From:** Ryan Santurri
**To:** Beverly Johnson
**Cc:** Allison Imber
**Sent:** Monday, January 05, 2015 7:11 PM
**Subject:** RE: Beverly flights

Beverly were you able to book?

Regards,
Ryan

Ryan T. Santurri, Esq.

1

**Wardah Ahsan Shahbazi**

| | |
|---|---|
| **From:** | Beverly Johnson <beverlyjohnson@bell.net> |
| **Sent:** | Tuesday, January 06, 2015 8:37 AM |
| **To:** | Ryan Santurri |
| **Subject:** | Fw: Niagara Airbus Confirmation #835499 |

I finally found a shuttle service but I have to travel to another town to catch it. I can't believe that there isn't more than one shuttle from Hamilton to the Buffalo airport
Anyway, all is well. I will see you on the 21st.
Beverly

----- Original Message -----
**From:** Reservations
**To:** beverlyjohnson@bell.net
**Sent:** Monday, January 05, 2015 10:52 PM
**Subject:** Niagara Airbus Confirmation #835499



Niagara Airbus Inc.
8626 Lundy's Lane
Niagara Falls, ON Canada
L2H 1H4
Local: 905-374-8111
Toll Free: 1-800-268-8111

**Confirmation #835499**
**BEVERLY ARSENAULT**
Airport Shuttle Service

**Date Booked: Mon Jan 05, 2015 22:47**
**Reference #:**

**Local Phone #:905-318-1799**
**Email: beverlyjohnson@bell.net**
**Mobile Phone #:289-440-1799**

**Niagara Region to Buffalo Airport**
1 x Adults

| | |
|---|---|
| Pickup: | **Wednesday, January 21, 2015 between 17:20 and 17:40 (5:20 PM - 5:40 PM).** |
| Travelling from: | Tim Hortons - Grimsby - 3 Winward , Grimsby, ON, L3M4E8 |
| Arrive at: | Buffalo Airport |
| Flight | Jet Blue#0 (ORLANDO) Main Terminal on 21/Jan/15 20:40 (8:40 PM). |

**Buffalo Airport to Niagara Region**
1 x Adults

| | |
|---|---|
| Flight: | Jet Blue#1586 (ORLANDO) arrives at Main Terminal on 23/Jan/15 11:57 (11:57 AM). |
| | Customers are met at the Ground Transportation Booth on the Arrivals Level (beside the escalator) |
| Pickup: | **Friday, January 23, 2015 between 12:50 and 13:10 (12:50 PM - 1:10 PM).** |

1

Travelling from:  **Buffalo Airport**

Arrive at:  **Tim Hortons - Grimsby - 3 Winward , Grimsby, ON, L3M4E8**

## Fare Summary

| | |
|---|---|
| 1 x Adults - Round Trip | $153.00 |
| Early Bird Booking Discount (5%) | ($7.65) |
| Total (CDN) | $145.35 |
| Payments Received | ($145.35) |
| Net Due To Driver | $0.00 |

USD : $117.29

*Your savings: $40.65*
HST Registration #: 121581334RT0001

---

## Terms & Conditions

**CUSTOMER FLIGHT & SERVICE GUARANTEE**
Our customer Flight guarantee applies to bookings made 72 hours or more in advance. Bookings made under 72 hours-GUARANTEE-NOT applicable. 5% Online Early Bird Discount or Seat Sale discounted fares apply to reservations made 72 hours or more in advance. Bookings made under 72 hours may be subject to a change in pickup time.

**AIRPORT CHECK-IN INFORMATION**
Buffalo Airport Main Terminal: Customers are met at the Ground Transportation Booth on the Arrivals Level (beside the escalator)

**EXTRA CHARGES:** Extra Pick ups/Drop offs are $15.00 each way per stop + HST and fuel surcharge (when applicable). Bicycles, Skis, and Golf Clubs $12.00 extra each way + HST and fuel surcharge(when applicable). Baggage (after 1 suitcase & 2 Carry-on) $12.00 per bag each way + HST and fuel surcharge(when applicable).

**PETS:** Please note that for health and safety reasons, we cannot accommodate your pets on our shuttle service. In addition, our luggage compartments are not equipped to accommodate pets in carrying kennels. If you require transportation and are taking along your pet, you must book exclusive (private) transportation.

**CANCELLATION POLICIES:**

**CHARTERS:** Reservations must be cancelled 7 days or more in advance to qualify for a refund. Cancellation in under 7 days results in a service charge of 15% of the fare paid, and will be credited 85% of the fare paid for future use up to one year. No shows are Null & Void.

**AIRPORT SHUTTLE:** Reservations must be cancelled 24 Hours or more in advance to qualify for a refund. Cancellation in under 24 hours result in a service charge of 15% of the fare paid, and will be credited 85% of the fare paid for future use up to one year. No Shows are Null & Void.

**CONTACT US**
Contact Niagara Airbus by email at airsales@niagaraairbus.com or call us 905-374-8111

No matter your transportation requirements, check with Niagara Airbus first for excellent service.

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com



For more information, visit www.xe.com

# XE Currency Converter

## 145.35 CAD  =  117.289 USD

Canadian Dollar  ↔  US Dollar
1 CAD = 0.806943 USD          1 USD = 1.23924 CAD
Mid-market rates: 2015-01-22 19:17 UTC

**Free Transfers to 35+ countries. Click here!!**

## XE Market Analysis

North American Edition                                  2015-01-22 11:16 UTC

EUR-USD traded in a pre-ECB mode, oscillating around the 1.1600 level for the most part, though probing higher to the 1.1630 during the late AM in Europe. Markets are braced for a $1.3 tln QE program through the end of 2016, as indicated by an ECB Executive Board proposal, according to sources cited by Bloomberg yesterday. USD-JPY drifted to the 117.70-80 area amid a phase of broader dollar softness, correcting a run higher during Tokyo trade to the ... Read More ►

### XE Money Transfers

It's easy, secure, and it
works with your bank.

**Send an XE Money
Transfer ►**

### Send a cheap money transfer ►

Looking to send money abroad? Transferring money online is easy with XE. Our service works with your bank and it's free to sign up.

- Free online quotes
- Competitive exchange rates
- No-fee money transfer options
- Bid for your preferred rate

```
*************************************
*            Store Copy            *
*************************************


              Kres Restaurant
           17 West Church Street
            Orlando, FL  32801
              (407) 447-7950


    Date:           01/22/15
    Time:           1:19 PM
    Server:         33. DANCE DAY PAR
    Order:          412875
    Description:    Table 74:3

    Card Type:      Visa/MC
    Card No:        XXXXXXXXXXXX5507
    Expires:        XX/XX
    Appr Code:      070361


    Purchases:  $    18.64


    Tip:        $    3.36


    Total:      $   22.00

    Signature: X  B Johnson
                  JOHNSON/BEVERLY V

    I agree to pay the above total amount
    according to the card issuer agreement.
```

Taxi = $70

| WEEKLY EXPENSE STATEMENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **PURPOSE OF EXPENSE:** | Depositions Wink, Clair, & Koskinas | | **NAME:** | | Ryan Santurri | | | **ADDMG** | |
| | | | | | | | | | |
| | | | | | | | | **TOTAL** | **Cash Exp** |
| **DATES:** | 1.5.15 | 1.6.15 | | | | | | | |
| **BREAKFAST/LUNCH** | | | | | | | | $0.00 | $0.00 |
| **DINNER** | $28.02 | | | | | | | $28.02 | $0.00 |
| **CAR RENTAL** | | | | | | | | $0.00 | $0.00 |
| **TAXI** | | | | | | | | $0.00 | $0.00 |
| **AIRFARE** | | | | | | | | $0.00 | $0.00 |
| Mileage Rate .50 per mile | | | | | | | | | $0.00 |
| **MILEAGE/GASOLINE** | | | | | | | | $0.00 | $0.00 |
| **PARKING/TOLLS** | | | | | | | | $0.00 | $0.00 |
| **LODGING excl MEALS** | | $288.96 | | | | | | $288.96 | $0.00 |
| **TELEPHONE** | | | | | | | | $0.00 | $0.00 |
| **LAUNDRY/VALET** | | | | | | | | $0.00 | $0.00 |
| **ENTERTAINMENT** | | | | | | | | $0.00 | $0.00 |
| **CLIENT GIFTS** | | | | | | | | $0.00 | $0.00 |
| **OTHER (specify)** | | | | | | | | $0.00 | $0.00 |
| **MEALS @50%** | | | | | | | | $0.00 | $0.00 |
| **Supplies/Resources** | | | | | | | | $0.00 | $0.00 |
| **TELEPHONE** | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 |
| **EVENT TICKETS** | | | | | | | | $0.00 | $0.00 |
| **DUES** | | | | | | | | $0.00 | $0.00 |
| **TOTAL EXPENSES:** | $28.02 | $288.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $316.98 | $0.00 |

**EXPENSE ALLOCATIONS:**

| Matter# | | 120509 |
|---|---|---|
| Matter # | | |
| Matter # | | |
| Matter # | | |
| Firm Expense | | |
| My Business Expense | | |

Shareholder Approval

**EXPENSES TO BE PAID AS LISTED:**

| American Express Charges | $316.98 |
|---|---|
| Visa Card Charges | |
| | |
| | |
| Business Expense (cash) | $0.00 |
| Attorney Personal Charges | |

SIGNATURE:

| WEEKLY EXPENSE STATEMENT | | 1.21.15 - 1.23.15 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PURPOSE OF EXPENSE: Deposition of Beverly Johnson | | | | NAME: Ryan T. Santurri | | | | ADDMG | |
| | | | | | | | | | |
| | | | | | | | | TOTAL | Cash Exp |
| DATES: | 1.21.15 | 1.22.15 | 1.23.15 | | | | | | |
| BREAKFAST/LUNCH | | | | | | | | $0.00 | $0.00 |
| DINNER | | | | | | | | $0.00 | $0.00 |
| CAR RENTAL | | | | | | | | $0.00 | $0.00 |
| TAXI | | | | | | | | $0.00 | $0.00 |
| AIRFARE | | | | | | | | $0.00 | $0.00 |
| Mileage Rate .50 per mile | | | | | | | | | $0.00 |
| MILEAGE/GASOLINE | | | | | | | | $0.00 | $0.00 |
| PARKING/TOLLS | | | | | | | | $0.00 | $0.00 |
| LODGING excl MEALS | | | $371.22 | | | | | $371.22 | $0.00 |
| TELEPHONE | | | | | | | | $0.00 | $0.00 |
| LAUNDRY/VALET | | | | | | | | $0.00 | $0.00 |
| ENTERTAINMENT | | | | | | | | $0.00 | $0.00 |
| CLIENT GIFTS | | | | | | | | $0.00 | $0.00 |
| OTHER (specify) | | | | | | | | $0.00 | $0.00 |
| MEALS @50% | | | | | | | | $0.00 | $0.00 |
| Supplies/Resources | | | | | | | | $0.00 | $0.00 |
| TELEPHONE | | | | | | | | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 |
| EVENT TICKETS | | | | | | | | $0.00 | $0.00 |
| DUES | | | | | | | | $0.00 | $0.00 |
| TOTAL EXPENSES: | $0.00 | $0.00 | $371.22 | $0.00 | $0.00 | $0.00 | $0.00 | $371.22 | $0.00 |

**EXPENSE ALLOCATIONS:**

| Matter# | | 120509 |
|---|---|---|
| Matter # | | |
| Matter # | | |
| Matter # | | |
| Firm Expense | | |
| My Business Expense | | |

| Shareholder Approval | | |
|---|---|---|

**EXPENSES TO BE PAID AS LISTED:**

| American Express Charges | $371.22 |
|---|---|
| Visa Card Charges | |
| | |
| | |
| Business Expense (cash) | $0.00 |
| Attorney Personal Charges | |

| SIGNATURE: |
|---|

## Shelley Hotz

| | |
|---|---|
| **From:** | James Mavrak <james@downtowncrowne.com> |
| **Sent:** | Thursday, January 22, 2015 5:36 PM |
| **To:** | Shelley Hotz |
| **Subject:** | CC authorization form for Beverly Visaarsenault |
| **Attachments:** | cc auth form Crowne Plaza.doc |

Hi Shelley,

Attached you will find the CC auth form. Please include a photo copy of the Front and Back of the card and also a copy of the State ID of the card holder.

Thanks,

James Mavrak

Guest Services Manager

Crowne Plaza Orlando Downtown

T. 407-843-8700   Ext.7133   F. 407-367-3628

A. 304 W. Colonial Drive, Orlando, FL 32801



Follow us:



We are Florida Green Lodging Certified



Orlando – Downtown

## CREDIT CARD AUTHORIZATION

Date: 1/22/2015

I, Ryan T. Santurci, authorize Crowne Plaza Orlando Downtown to
(Print Cardholder Name)

charge the following credit card.

Credit Card Type: Amex Corporate Expiration Date: 11/18
(Visa, MasterCard, Discover, Diner's Club ONLY) WE DO NOT ACCEPT PERSONAL AMERICAN EXPRESS AUTH. FORMS PER AMEX POLICIES

Credit Card Number: _____   Name on Card: Ryan T. Santurci
(Print Cardholder Name)

For all charges listed below:

[X] One Individual Reservation only: Beverly Vivaalsenault / 65559990
(Guest Name)                          (Confirmation Number or Travel Dates)

[ ] All Individual Reservations booked from: _____ thru _____
(Date)                              (Date)

[ ] All meeting room rental, Audio Visual, Banquet F&B and other approved charges. As authorized by
_____ and/or any other person who is designated by _____. This authorization is
valid until Crowne Plaza Orlando Downtown receives written notification to cancel this authorization.

I authorize the following charges only:

X All room & tax charges                          [ ] Any upgrade charges & tax charges

___ Porterage Charges                             [ ] Housekeeping gratuity charges

___ 1st night's room & tax only                   [ ] Incidental charges

___ Other charges (please specify):

01/22/2015 18:02                                                    P.001

```
**************************************
***            TX REPORT          ***
**************************************
```

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---------|------|-----|-----|--------------------|-----------|------|--------|---|
| 3950 | TX | ECM | 001 | 4073980706 | 01/22 18:00 | 003 | OK | 00'57 |





Orlando – Downtown

## CREDIT CARD AUTHORIZATION

Date: 1/22/2015

I, __Ryan T. Santurri__, authorize Crowne Plaza Orlando Downtown to
(Print Cardholder Name)

charge the following credit card.

Credit Card Type: __Amex Corporate__ Expiration Date: __11/18__
(Visa, MasterCard, Discover, Diner's Club ONLY) WE DO NOT ACCEPT PERSONAL AMERICAN EXPRESS AUTH. FORMS PER AMEX POLICIES

Credit Card Number: _____ Name on Card: __Ryan T. Santurri__
(Print Cardholder Name)

For all charges listed below:

[X] One Individual Reservation only: __Beverly Vivaarsenault__ / __65559990__
(Guest Name)                        (Confirmation Number or Travel Dates)

[ ] All Individual Reservations booked from: _____ thru _____
(Date)                                    (Date)

[ ] All meeting room rental, Audio Visual, Banquet F&B and other approved charges. As authorized by
_____ and/or any other person who is designated by _____. This authorization is
valid until Crowne Plaza Orlando Downtown receives **written notification** to cancel this authorization.

I authorize the following charges only:

X All room & tax charges                    _____ Any upgrade charges & tax charges

_____ Porterage Charges                      _____ Housekeeping gratuity charges

_____ 1st night's room & tax only            _____ Incidental charges

_____ Other charges (please specify): _____

Signature: _____         Name: __Ryan T. Santurri__
(Cardholder Signature)                    (Print Cardholder Name)
__407-841-2330__                          __407-841-2330__
(Telephone Number)                        (Fax Number)

**PLEASE NOTE: In order for your credit card to be charged as stated above, you must:**

1. Fully complete and sign this form

2. The following **items must accompany this authorization form**: A legible copy of the front and back of the above credit card and a copy of the cardholder's photo identification card.

3. The above credit card **will be authorized for all charges 3 days prior to arrival and charged upon departure unless different method of payment has been received.**

4. For events lasting longer than 3 days, the above credit card will be charged the 4th day of the event.

5. Please fax this page and the other required information to our **secure fax number:** **407-398-0706**

304 W Colonial Dr., Orlando FL 32801
Telephone: 407-843-8700 Fax: 407-367-3628

**Tina English**

| | |
|---|---|
| **From:** | Ryan Santurri <rsanturri@hotmail.com> |
| **Sent:** | Friday, February 13, 2015 6:37 PM |
| **To:** | Tina English |
| **Subject:** | Fwd: Your Friday evening trip with Uber |

**Ryan T. Santurri Esq.**
Shareholder, Registered Patent Attorney
Board Certified in Intellectual Property Law


Intellectual Property Attorneys



**ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue ■ Suite 1401 ■ Orlando, FL 32801
tel-(407)-841-2330 ■ fax-(407)-841-2343

**website | bio | vCard | map | email**

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

Begin forwarded message:

**From:** Uber Receipts <receipts.new.york@uber.com>
**Date:** February 13, 2015 at 6:29:38 PM EST
**To:** rsanturri@hotmail.com
**Subject: Your Friday evening trip with Uber**

UBER

FEBRUARY 13, 2015

**$144.06** ⊘

Thanks for choosing

1

Simit and Smith
www.simitandsmith.com
1400 Broadway

Host: Steven                    02/11/2015
#1006                            8:13 AM
                                   10007

muffin                            2.99
Fresh Orange Juice                2.99

Subtotal                          5.98
Tax                               0.54

For  Here  Total       6. 52

Amex                              6.52
  Auth:594318

Thank You!

--- Check Closed ---

---

BRYANT MARK
1017 AVENUE OF THE AM
NEW YORK, NY. 10018
   212-730-2345

TERMINAL ID.:        00754200080169273220B6
MERCHANT #:                        8016927322

AMEX
############1007 EXP:##/##              SWIPED
SALE
RECORD: 69              INV: 000069
DATE: Feb 11, 15            TIME: 12:07
BATCH: 000188
TRH: 211170750
                          AUTH:502700
VISA TRAN ID: 083019467052772

APPROVAL 502700

:V:S№:1:№:№                 № № № № №

RYAN T SANTURRI

CUSTOMER COPY

---

Customer   Copy

ARNO Ristorante
141 West 38th Street
New York, NY 10018
(212)944-7420

Check:214463

Desi
Date 02/12/15   Time 08:08pm

American Express############1007

Auth.Number:504302

SALE AMOUNT:      $86.39

GRATUITY: _____

TOTAL:  10⁴

X_____
  Signature:SANTURRI,RYAN T

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

5450576
38 STREET DINER
32 W 38TH ST
NEW YORK, NY 10018
(212) 221-6222

Term ID: 001                Ref #: 017

Sale

XXXXXXXXXXX1007
AMEX              Entry Method: Swiped

02/12/15                      18:17:56
Inv #: 000015          Appr Code: 572551
Approvd: Online           Batch#: 000532

Amount:               $     29.56
Tip:

Total:                      38
                         -----------

Customer Copy
THANK YOU!

◉ 17:17
137 West 37th Street, New York, NY

◉ 18:29
LaGuardia Airport (LGA), East End Road, East Elmhurst,
NY

| CAR | MILES | TRIP TIME |
|-----|-------|-----------|
| uberX | 11.14 | 01:11:22 |

You accepted 2.5x surge at 5:13pm
by typing it on this screen
MY FARE WILL BE

2 . 5

TIMES THE NORMAL FARE

FARE BREAKDOWN

Base Fare

Distance

Time

## Normal Fare

Surge x2.5

⊘ 2.5x surge was confirmed at 5:13pm

## Subtotal

Queens Midtown Tunnel Eastbound (?)

CHARGED
💳 Personal •••• 8213

RATE YOUR DRIVER


### You rode with Sm
booked on behalf of SCHMECKER'S LTD. (007869)
Rate provided by 007869 Schmecker


? Uber Support Contact us with questions about your
trip. Leave something behind? Track it down.

🎁 **Give $30, Get $30**
Share code: bpy1h

### Advisory

Please note that our New York-LaGuardia Airport (LGA) flights now depart from Terminal C, as well as from Terminal D and the Marine Air Terminal. As gate and terminal information are subject to change, it's best to check within 4 hours of your flight's departure via Online Check-in, Flight Status or the Fly Delta app. Gates C15 – C32 are located in Terminal C and gates D1 – D11 are located in Terminal D.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| RYAN THOMAS SANTURRI | DELTA 2453 | 11D |
| SkyMiles #*******306 | DELTA 1485 | 15C |
| Silver | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 00623004389755

Place of Issue: LAXWEB

Issue Date: 02FEB15

Expiration Date: 02FEB16

### METHOD OF PAYMENT

AX***********1002                                                    **$697.60 USD**

### CHARGES

### Air Transportation Charges

| | |
|---|---|
| Base Fare | $622.70 USD |

### Taxes, Fees and Charges

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.00 USD |
| United States - Transportation Tax (US) | $46.70 USD |
| **TICKET AMOUNT** | **$697.60 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

via email, text or voice.

## LOYALTY HAS NO EXPIRATION. ›

▲ DELTA
SKYMILES ⊖

The SkyMiles® program has no mileage expiration. Redeem miles on your timeline, not ours.

## NEED MORE MILES? ›

▲ DELTA
SKYMILES ⊖

Buy and transfer miles on del
ta.com.

## CHECK OUT DELTA.COM FOR YOUR NEXT FLIGHT. ›

▲ DELTA

Or to check in, set up flight notifications and learn more about the SkyMiles program.

🐦We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

### Terms & Conditions

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

### Checked Bag Allowance

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

BusinessElite/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

### Conditions of Carriage

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and
baggage

120509

Don Jefe's
41 W. Church St
407-203-0873

spice
burgr

Server: Anthony          DOB: 02/25/2015
12:50 PM                      02/25/2015
Table 46/1                    9/30002

301 Natalia

SALE

| 5293 | Feb26'15 12:42P | Gst | 0 |
|------|----------------|-----|---|

AMEX                          9437187
Card #XXXXXXXXXXX1007
Magnetic card present: Yes
Card Entry Method: S

Approval: 566812

| 1 Grilled Chkn | 6.75 |
| $American Chz | 0.75 |
| $Sweet Waffle | 0.95 |
| 1 Grilled Chkn | 6.75 |
| $American Chz | 0.75 |
| $Avocado | 0.75 |
| $Tator Tots | 0.95 |
| 1 Fountain Drink | 1.75 |
| CHARGE TIP | 1.33 |
| XXXXXXXXXXX1007 | |
| AMEX | 22.00 |

Amount:        $ 24.98

+ Tip: ___5-___

= Total: ___29.98___

| Subtotal | 19.40 |
| Tax | 1.27 |
| Service Chrg | 1.33 |
| Payment | 22.00 |

I agree to pay the above
total amount according to the
card issuer agreement.

------------301 Check Closed------------
------------Feb26'15 12:46PM------------

X_____

Happy Hour Monday thru Friday
1/2 OFF Signature Margaritas & $3 Cervezas
Every Friday
3 for 1 HAPPY HOUR IS BACK!!! 4-6PM

GUEST COPY

120509 / Justin
Link / Lewis
*************************
Customer Copy
*************************

Kres Restaurant
17 West Church Street
Orlando. FL    #01
(407) 447    0

02/24/15
12:57 PM
33. DANCE DAY PAR
303
Table 61

Date:
Time:

XXXXXXXXXX1007
XX/XX
519248

Purchases: $: 39.41

Tip: $

Total

SANTURRI/RYAN T

I agree to pay the above total amount
according to the card issuer agreement.

SANTURRI
EN DYER, ET AL

Account Number
XXXX-XXXXX2-81007

Closing Date
03/09/15

Page 3 of 5

| | ...vity Continued | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 02/19/15 | ARCHER NEW YORK        NEW YORK<br>FOL# 169717               LODGING<br>ARRIVAL   DATE DEPARTURE DATE<br>02/10/15    02/13/15       00<br>ROC NUMBER 169717 | NY<br>02/13/15 | | 56373800000 | 55.89 |
| 02/19/15 | STEWART RICHARDSON 5 INDINAPOLIS<br>REF# 218001584          3172373773<br>LEGAL SERVICES,  ATT<br>ROC NUMBER 218001584 | IN<br>02/18/15 | | 21800158400 | 150.00 |
| 02/19/15 | ESQUIRE DEPOSITION  S ATLANTA<br>REF# 99999995050         4044437151<br>REFER TO RECEIPT<br>ROC NUMBER 9999999505010003 | GA<br>02/18/15 | | 99999995050 | 2,997.00 |
| 02/25/15 | KRES CHOPHOUSE            ORLANDO<br>REF# 85179395056      407-447-7950 | FL<br>02/24/15 | | 85179395056 | 47.41 |
| 02/26/15 | DON JEFE'S   542929805       ORLANDO<br>REF# 24224435057      4072030873 | FL<br>02/25/15 | | 24224435057 | 29.98 |
| 02/26/15 | BOSPHOROUS TURKISH  C ORLANDO<br>REF# 85180895057      407-644-8609 | FL<br>02/25/15 | Meal w. Expent | 85180895057 | 200.00 |
| 02/27/15 | SPICE  BURGR                 ORLANDO<br>REF# 85426235058      407-936-3377 | FL<br>02/26/15 | | 85426235058 | 22.00 |

**Total for RYAN T SANTURRI**

New Charges/Other Debits            10,766.88
Payments/Other Credits              -7,399.05

Panera Bread
Cafe 1420
Washington, DC 20036
Phone: 202-862-8536

### Accuracy Matters,

Your order should be correct every time.
If it's not, we'll fix it right away, and
give you a free treat for your trouble.
Just let any associate know.

| 5/4/2015 | | 8:11:54 AM | |
|---|---|---|---|
| Check Number: | 564742 | Cashier: | Carlos |
| 1 Saus Egg & Chz Sdw | | | 4.19 |
| 1 Premium Orange Juice | | | 2.49 |
| | SubTotal | | 6.68 |
| | Tax | | 0.67 |
| | Total | | 7.35 |
| | American Express | | 7.35 |
| | Acct:XXXXXXXX1007 | | |
| | AuthCode:588821 | | |
| | Trans#:2103 | | |

If you didn't use your MyPanera card,
keep this receipt and enter the code below
at www.mypanera.com/missedvisit

Not a member yet? Ask an Associate for
your own card and join today!

2888-8920-8832-5286-3484-27

www.panerabread.com

HERE POS
Your Order Number is: 542
Customer / Pager:          RYAN 20

Customer Copy

---

The Burger Joint
1514 Connecticut Ave NW
Washington DC. 20036
www.bertheburgerjoint.com
===============================

?! Ashley W

| Chk 396 | 95 | Gst 0 |
|---|---|---|
| | May0з 15 01:02PM | |

| Tf   GO | |
|---|---|
| 1 The Burger | 6.99 |
| $Pepper Jack | 0.99 |
| $Pineapple | 0.99 |
| 1 Bottled Soda | 2.79 |
| 1 Cookies | 1.79 |
| XXXXXXXXXXX1007 | |
| Amex | 14.91 |
| | |
| Subtotal | 13.55 |
| Sales Tax | 1.36 |
| Payment | 14.91 |

------------21 Check Closed------------
------------May03'15 01:03PM----------

* * * * Guest Copy * * * *

(upside down text)

Total:
Tip:
Subtotal:

Date: May04'15 12:12PM
Card Type: Amex
Acct #: XXXXXXXXXXX1007
Card Entry: SWIPED
PURCHASE
Trans Key: FIF00406058933
Auth Code: 588137
Check: 4842
Table: 12/1
Server: 24 Sean N

Lincoln Restaurant
1110 Vermont Ave NW
Washington, DC 20005
202-386-9200
lincolnrestaurant-dc.com

---

Orlando Fast Park
7870 N Frontage Rd
Orlando, 32812

EXPRESS 1 05/04/15 21:43
Receipt 061112

Non-Member Ticket
MO XXXXXXX 063574
04/30/15 14:18
05/04/15 21:43
Period 4d7h26'
(TAX)                    $42.50

Sub Total               $42.50
TAX                      $0.00
Total                   $42.50

Payment Received        $42.50
AMEX XXXXXXXXX1007
XXXXXXXXXXXX1007
Merch:409868556
Auth:50472
Type: Swiped

Includes 6.5% sales tax
and 10% privilege fee
recovery charge.

Llrcos

HITCH
CAB #SILVER 525
K14B
(202) 810-4482
WASHINGTON, DC
05/04/15 13:19

DIST....    5.20
FARE...$   16.48
TIP....$    2.66
EXTRAS.$    1.25

TOTAL..$   20.39

AMERICAN EXPRESS

XXXX1007
MID 445100500997

AUTH 500064

SIGN HERE:

Prepared For
**BRIAN R GILCHRIST**
ALLEN DYER, ET AL

Account Number
XXXX-XXXXX2-82007

Closing Date
07/07/15

Page 3 of 7

## Activity Continued

| | | | Reference Code | | Amount $ |
|---|---|---|---|---|---|
| 06/18/15 | ORANGE COUNTY BAR AS 407-422-4551<br>REF# AU3ED3D49AB 4074224551 | FL<br>06/17/15 | | | 137.50 |
| 06/18/15 | ORANGE COUNTY BAR AS 407-422-4551<br>REF# AS3ED25E769 4074224551 | FL<br>06/17/15 | | ✓ | 137.50 |
| 06/18/15 | ORANGE COUNTY BAR AS 407-422-4551<br>REF# AS3ED25E7AF 4074224551 | FL<br>06/17/15 | | | 137.50 |
| 06/19/15 | CITRUS CLUB ACCOUNTI ORLANDO<br>REF# G0477-11979 MEMB CLUB | FL<br>06/18/15 | | ✓ | 171.73 |
| 06/19/15 | ABBOTT COMMUNICATION MAITLAND<br>REF# 99999995170 4078300809<br>GENERAL MERCHANDISE<br>ROC NUMBER 9999999517000005 | FL<br>06/18/15 | 99999995170 | RHT | 808.75 |
| 06/24/15 | MES*ESQUIRE SOLUTION ATLANTA<br>REF# ESQ301972 8002113376 | GA<br>06/23/15 | 58319 | | 4,554.60 |
| 06/26/15 | WALDORF ASTORIA BOCA BOCA RATON<br>FOL# 0002055841 LODGING<br>ARRIVAL DATE DEPARTURE DATE<br>06/23/15 06/25/15 00<br>ROC NUMBER 0002055841 | FL<br>06/26/15 | 00020558410 | | 317.86 |
| 06/26/15 | WALDORF ASTORIA BOCA BOCA RATON<br>FOL# 0002058623 LODGING<br>ARRIVAL DATE DEPARTURE DATE<br>06/23/15 06/25/15 00<br>ROC NUMBER 0002058623 | FL<br>06/26/15 | 00020586230 | | 12.72 |
| 06/26/15 | REGUS 972-340-2021<br>REF# 43746471340 OFFICE SERVI<br>972-340-2021<br>ROC NUMBER 4374647134000000 | TX<br>06/26/15 | 43746471340 | | 212.93 |
| 06/27/15 | MES*ESQUIRE SOLUTION ATLANTA<br>REF# 16 8002113376 | GA<br>06/26/15 | 16000000000 | 58319 | 1,302.38 |
| 07/01/15 | PORTFOLIO MEDIA INC 212-537-6331<br>REF# 549202352 2125376331 | NY<br>06/30/15 | 54920235200 | | 318.00 |
| 07/02/15 | EARTHLINK.NET 800-719-4660<br>REF# 436329416 INTERNET SVC | GA<br>07/02/15 | 43832941600 | | 159.85 |
| 07/02/15 | JETBLUE AIRWAYS CORP HAMMOND<br>TKT# 27976608933980 AIRLINE/AIR<br>PASSENGER TICKET<br>GILCHRIST/BRIAN R JETBLUE AIRWAYS CORPORA<br>JETBLUE AIRWAYS CORP HAMMOND<br>FROM<br>ORLANDO FL<br>TO CARRIER CLASS<br>WASHINGTON NAT'L D B6 Z<br>TO<br>ORLANDO FL B6 R<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | LA<br>C 07/01/15<br>LA | 07010900000 | 120509 | 382.20 |
| 07/02/15 | JET BLUE AIRWAYS NEW ORLEANS LA 701 LA<br>TKT# 2797660893398 TRAVEL AGENCY 07/01/15<br>MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH<br>GILCHRIST/BRIAN R JET BLUE AIRWAYS<br>JET BLUE AIRWAYS NEW ORLEANS LA 701 LA<br>UNAVAILABLE<br>TO<br>UNAVAILABLE<br>TO<br>UNAVAILABLE | | 02844370000 | | 29.00 |
| 07/02/15 | PAPERSTREET WEB DESI FORT LAUDERDA<br>REF# 51241023 954-523-2181<br>COMPUTER SOFTWARE<br>ROC NUMBER 51241023 | FL<br>07/01/15 | 51241023000 | | 500.00 |
| 07/02/15 | GOTOCITRIX.COM 855-837-1750<br>REF# 51178994LBA SERVICES/SW | CA<br>07/02/15 | | | 98.00 |

| **Total for BRIAN R GILCHRIST** | New Charges/Other Debits<br>Payments/Other Credits | 12,544.01<br>-3,479.38 |
|---|---|---|

# LOEWS

MADISON HOTEL
WASHINGTON DC

Brian R Gilchrist
United States

| | |
|---|---|
| Room Number: | 0826 |
| Arrival Date: | 07-08-15 |
| Departure Date: | 07-09-15 |
| Confirmation Number: | 13569042 |
| Merchant Ref #: | |
| Page No: | 1 of 1 |

*Guest Name:*

**INFORMATION INVOICE**
A/R No:
Folio No: 570560

07-09-15

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-08-15 | Room Accommodation | | 299.00 | |
| 07-08-15 | Occupancy Tax  - 14.5 PCT | | 43.36 | |
| 07-09-15 | In Room Dining Food Breakfast | Room# 0826 : CHECK# 0091791 | 18.00 | |
| 07-09-15 | In Room Dining Delivery Charge | Room# 0826 : CHECK# 0091791 | 4.00 | |
| 07-09-15 | In Room Dining Gratuity | Room# 0826 : CHECK# 0091791 | 3.00 | |
| 07-09-15 | In Room Dining Service Charge | Room# 0826 : CHECK# 0091791 | 3.96 | |
| 07-09-15 | Sales Tax Food  - In Room Dining | Room# 0826 : CHECK# 0091791 | 2.20 | |
| 07-09-15 | American Express | XXXXXXXXXXX2007          XX/XX | | 373.52 |
| | | **Total** | **373.52** | **373.52** |
| | | **Balance** | **0.00** | |



**Corporate Card
Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BRIAN R GILCHRIST | XXXX-XXXXX2-82007 | 08/07/15 | Page 1 of 5 |
| ALLEN DYER, ET AL | | | |

**Balance Please Pay By
Due $ 08/22/15**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 12,544.01 | 3,544.24 | 0.00 | 12,544.01 | 0.00 | **3,544.24** For important information regarding your account refer to page 2. |

Terms - Payable in full upon receipt of statement.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity  Date reflects either transaction or posting date

| Card Number XXXX-XXXXX2-82007 | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 07/17/15 | CORPORATE REMITTANCE  RECEIVED | 07/17 | 07133000000 | -3,227.19 |
| 07/17/15 | CORPORATE REMITTANCE  RECEIVED | 07/17 | 07133000000 | -5,355.00 |
| 07/17/15 | CORPORATE REMITTANCE  RECEIVED | 07/17 | 07133000000 | -3,961.82 |
| 07/09/15 | CHIPOTLE  0647   0094          ORLANDO<br>REF# 0000020001          407-841-5656<br>FAST  FOOD  RESTAURAN<br>ROC NUMBER 0000020001 | FL<br>07/08/15 | 00000200010 | 511.20 |
| 07/10/15 | LOEWS MADISON HOTEL     WASHINGTON<br>FOL# 11296574            LODGING<br>ARRIVAL   DATE DEPARTURE DATE<br>07/09/15     07/09/15     00<br>ROC NUMBER 11296574 | DC<br>07/10/15 | 28248415900 | 373.52 |
| 07/10/15 | LEGAL  SEA FOODS REAG WASHINGTON<br>REF# 4421               617-530-9000<br>FOOD/BEVERAGE<br>ROC NUMBER 4421 | DC<br>07/09/15 | 44210000000 | 30.47 |
| 07/15/15 | NETSOL                   888-642-9675<br>REF# 629989769     DOMAIN-SALES<br>888-642-9675<br>ROC NUMBER 629989769 | FL<br>07/15/15 | 62998976900 | 184.95 |

Continued on Page 3

✦ Please fold on the perforation below, detach and return with your payment ✦

Do not staple or use paper clips
**Payment  Coupon**

| | Account Number |
|---|---|
| | 3794-600632-82007 |

**Please Pay By
08/22/15**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BRIAN   R  GILCHRIST
ALLEN   DYER,  ET  AL
255   S  ORANGE  AV#1401
ORLANDO              FL    32801

**Amount Due
$3,544.24**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN  EXPRESS
PO  BOX 360001
FT  LAUDERDALE   FL  33336-0001

0000379460063282007  0003544240003544249  07dH

# Jodee Inc.

May 28, 2014

Ryan S. Santurri, Esq.

Allen, Dyer, Doppeit, Milbrath & Gilchrist, P.A.

255 S. Orange Ave., Suite 1401

Orlando, FL 32801

#120509

Re:     Chico's FAS, Inc. –v- 1654754 Ontario, Inc. d/b/a Wink Intimates

Jodee, Inc. Subpoena

Mr. Santurri,

Thank you for the additional information that you provided yesterday regarding the subpoena that was received.

I have photocopied the Jodee, Inc. Summer 2000 catalog, which actually displays the "Camisole Bra" (style 2501) on the front cover, with additional information located on page 6 of the catalog. This catalog would have been mailed in Spring, 2000, and clearly shows the Camisole Bra was available for purchase prior to 2008.

In addition to the Camisole Bra, the same catalog shows the availability of the "Camisole Perma-Form" Bra (style 2508, page 33), which is the Camisole Bra with an integrated foam breast form. The "Perma-Form" bra was patented by Bert Greenberg, former president of Jodee, Inc., in 1987 under Patent # 4,828,559 (please see page 30 of the catalog as well as additional documentation attached).

I have also enclosed the following costs associated with preparing and shipping these documents:

1.   Fedex Office –  Copy Services -  $14.49
2.   2nd Day Air -     Shipping-          $15.33
                           TOTAL           $29.82        O/L to pay 6/2/14

Should you require any additional information, please do not hesitate to let me know.

Sincerely,

Raul I. Lopez, Jr.

V.P. Operations

3100 N. 29th Ave.
Hollywood, FL 33020
(954) 926-1900

... because we care





GENUINE SOLUTIONS SINCE 1984

## Brazabra Corporation

**Billing Information**
Ava Doppelt
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S Orange Ave
Suite 1400
Orlando, Florida 32801
United States
Email: aimber@addmg.com
Phone: 4078412330
International : No

*Shipping Information*
Ava Doppelt *(Business)*
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S Orange Ave
Suite 1400
Orlando, Florida 32801
United States

## Order ID: 5342

Created at: 02/04/2015 -
12:20:04 PM
Last status change:
02/04/2015 - 12:20:04 PM

Brazabra Corporation
8 Run Way,
Lee, MA 01238
USA

Phone: 413-243-4690
Fax: 413-243-4586
Email: braza@brazabra.com
Website: http://www.braza-
bra.com

| Product ID | Product Name | Unit Price | Quantity | Total |
|---|---|---|---|---|
| S/6207 / 62070 | Seamless Sexy Silhouette *Options:* *Size : S/M* | $6.95 *(not taxable)* | 1 | $6.95 |
| | | | Subtotal : | $6.95 |
| | | Shipping (UPS Ground/US Postal) : | | $4.95 |
| | | | Total : | $11.90 |

**Payment Information**
Method : Real-time, Authorize.Net AIM 3.1
Gateway : authorizenet_aim_3_1 (Authorize.Net AIM 3.1)
Completed at : 02/04/2015 - 12:20:04 PM

2/4/2015