UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHICO'S FAS, INC., a Florida corporation

        Plaintiff,

v.	Case No: 2:13-cv-792-FtM-38MRM

ANDREA CLAIR, ANASTASIOS KOSKINAS and 1654754 ONTARIO, INC.,

        Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the United States Court of Appeals for the Federal Circuit's Order remanding this case to correct inventorship pursuant to 35 U.S.C. § 256. After receiving the Federal Circuit's Mandate, the Court held a telephonic status conference with both parties on March 27, 2017. Later that day and pursuant to the Court's directive, the parties filed a stipulation requesting the Court to issue an order (1) finding that inventorship listed on U.S. Patent Nos. D622,478; 8,506,347; and 8,182,310 must be corrected under § 256; and (2) directing the United States Patent and Trade Office to make the correction. (Doc. 159).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Consequently, based upon the Court's findings on summary judgment (Doc. 128) and consistent with Federal Circuit's decision, the Court finds that the inventorship of U.S. Patent Nos. D622,478; 8,506,347; and 8,182,310 requires correction under § 256.

Accordingly, it is now

**ORDERED:**

1. The Director of the United States Patent and Trademark Office shall **ADD** Beverly Johnson of Hamilton, ON, Canada, as an inventor to:

    a. U.S. Patent No. D622,478;

    b. U.S. Patent No. 8,506,347; and

    c. U.S. Patent No. 8,182,310.

2. The Director of the United States Patent and Trademark Office shall **REMOVE and DELETE** Anastasios Koskinas as an inventor on:

    a. U.S. Patent No. D622,478;

    b. U.S. Patent No. 8,506,347; and

    c. U.S. Patent No. 8,182,310.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of March 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record